# Exhibit 8

**Illustrative Claim Chart for U.S. Patent No. 7,739,544**

| Claim 13 | Exemplary Dell '544 Products: Dell PowerEdge Rack Servers (14th, 15th, and 16th Generations[1]) That Use Dell PowerEdge RAID Controllers[2] |
|---|---|
| A method of rebuilding a disk array system, said method comprising: | The Exemplary Dell '544 Products practice a method of rebuilding a disk array system. *See, e.g.,*: |

*See, e.g.,*:

Article Number: 000128635                                                                                    🖶 Print

Dell Servers - What are the RAID levels and their specifications?

Summary: A RAID is a group of independent physical disks. This article explains the different level of RAID (RAID 0, RAID 1, RAID 5, RAID 10, RAID 50, RAID 60)

Article Content

Symptoms

> RAID is a data storage virtualization technology that combines multiple physical disk drive components into a single logical unit for the purposes of data redundancy, performance improvement, or both.

Data is distributed across the drives in one of several ways, referred to as **RAID levels**, depending on the required level of redundancy and performance. The different schemas, or data distribution layouts, are named by the word **RAID** followed by a number, for example **RAID 0** or **RAID 1**. Each schema, or data distribution layout, provides a different balance among the key goals: **reliability**, **availability**, **performance**, and **capacity**.

RAID levels greater than RAID 0 provide **protection against unrecoverable sector read errors**, as well as against failures of whole physical drives.

---

[1]   The 14th, 15th, and 16th Generations comprise at least the following models: R240, R340, R440, R540, R640, R6415, R740, R740xd, R740xd2, R7415, R7425, R840, R940, R940xa, R250, R350, R450, R550, R650, R650xs, R6515, R6525, R750, R750xa, R750xs, R7515, R7525, R360, R660, R660xs, R6615, R6625, R760, R760xa, R760xd2, R760xs, R7615, R7625, R860, R960.  *See* illustrative documentation at https://www.dell.com/support/kbdoc/en-us/000137343/how-to-identify-which-generation-your-dell-poweredge-server-belongs-to.

[2]   Many, but not all, of the PowerEdge RAID Controllers that are used by the 14th, 15th, and 16th Generations of the Dell PowerEdge Rack Servers can be found at the following URL: https://www.dell.com/support/kbdoc/en-us/000131648/list-of-poweredge-raid-controller-perc-types-for-dell-emc-systemsand.  Other Dell PowerEdge RAID Controllers may also be used in conjunction with the 14th, 15th, and 16th Generations of the Dell PowerEdge Rack Servers to infringe the '544 Patent.

1

| Claim 13 | Exemplary Dell '544 Products: Dell PowerEdge Rack Servers (14th, 15th, and 16th Generations[1]) That Use Dell PowerEdge RAID Controllers[2] |
|---|---|
| | "Dell Servers - What are the RAID levels and their specifications[3]," 1. |
| | Article Number: 000178190                                       🖶 Print |
| | Dell PowerEdge: How to Assign a Hard Drive in Global Hot Spare. |
| | Summary: Various ways your online virtual disk can be reconfigured to expand its capacity or changes its RAID level. |
| | Article Content |
| | Symptoms |
| | ⓘ **Note:** This article is part of the Server Tutorials: '**RAID and Disks**' available in KB article 131039: PowerEdge Tutorials: Physical Disks and RAID Controller (PERC) on Servers . |
| | A global hot spare is an unused backup disk that is part of the disk group. Hot spares remain in standby mode. When a hard drive that is used in a virtual disk fails, the assigned hot spare is activated to replace the failed hard drive without interrupting the system or requiring your intervention. When a hot spare is activated, it rebuilds the data for all redundant virtual disks that were using the failed hard drive. |
| | You can change the hot spare assignment by unassigning a disk and choosing another disk as needed. You can also assign more than one hard drive as a global hot spare. |
| | "Dell PowerEdge: How to Assign a Hard Drive in Global Hot Spare[4]," 1. |
| | ## Dell PowerEdge servers by generation |
| | Summary: Dell PowerEdge servers with common design components are grouped into generations, for example PowerEdge 14th generation servers, 15th generation, or 16th generation. This article provides general guidance for PowerEdge server model naming convention to identify the generation and common components. This article also lists all PowerEdge servers by model including type, CPU, generation, and remote management components. View Less |
| | "Dell PowerEdge Servers by Generation[5]," 1. |

---

[3]    Available at https://www.dell.com/support/kbdoc/en-us/000128635/dell-servers-what-are-the-raid-levels-and-their-specifications?lang=en.

[4]    Available at https://www.dell.com/support/kbdoc/en-us/000178190/dell-poweredge-how-to-assign-a-hard-drive-in-global-hot-spare.

[5]    Available at https://www.dell.com/support/kbdoc/en-us/000137343/how-to-identify-which-generation-your-dell-poweredge-server-belongs-to.

| Claim 13 | Exemplary Dell '544 Products: Dell PowerEdge Rack Servers (14th, 15th, and 16th Generations[1]) That Use Dell PowerEdge RAID Controllers[2] |
|---|---|
| | **Rack Models** |

| | R360 | R250 | R240 |
|---|---|---|---|
| | R660 | R350 | R340 |
| | R660xs | R450 | R440 |
| | R6615 | R550 | R540 |
| | R6625 | R650 | R640 |
| | R760 | R650xs | R6415 |
| | R760xa | R6515 | R740 |
| | R760xd2 | R6525 | R740xd |
| | R760xs | R750 | R740xd2 |
| | R7615 | R750xa | R7415 |
| | R7625 | R750xs | R7425 |
| | R860 | R7515 | R840 |
| | R960 | R7525 | R940 |
| | | | R940xa |

"Dell PowerEdge Servers by Generation," 2.

3

| Claim 13 | Exemplary Dell '544 Products: Dell PowerEdge Rack Servers (14th, 15th, and 16th Generations[1]) That Use Dell PowerEdge RAID Controllers[2] | | | |
|---|---|---|---|---|
| | R240 | Compute | Intel | 14 | iDRAC9 |
| | R250 | Compute | Intel | 15 | iDRAC9 |
| | R300 | Compute | Intel | 10 | DRAC5 |
| | R310 | Compute | Intel | 11 | iDRAC6 Monolithic |
| | R320 | Compute | Intel | 12 | iDRAC7 |
| | R330 | Compute | Intel | 13 | iDRAC8 |
| | R340 | Compute | Intel | 14 | iDRAC9 |
| | R350 | Compute | Intel | 15 | iDRAC9 |
| | R360 | Compute | Intel | 16 | iDRAC9 |
| | R410 | Compute | Intel | 11 | iDRAC6 Monolithic |
| | R415 | Compute | AMD | 11 | iDRAC6 Monolithic |
| | R420 | Compute | Intel | 12 | iDRAC7 |
| | R420xr | Compute | Intel | 12 | iDRAC7 |
| | "Dell PowerEdge Servers by Generation," 8. | | | | |

| Claim 13 | Exemplary Dell '544 Products: Dell PowerEdge Rack Servers (14th, 15th, and 16th Generations[1]) That Use Dell PowerEdge RAID Controllers[2] |
|---|---|

| PowerEdge Model | Type | CPU Vendor | Generation | Dell Remote Management |
|---|---|---|---|---|
| R430 | Compute | Intel | 13 | iDRAC8 |
| R440 | Compute | Intel | 14 | iDRAC9 |
| R450 | Compute | Intel | 15 | iDRAC9 |
| R510 | Compute | Intel | 11 | iDRAC6 Monolithic |
| R515 | Compute | AMD | 11 | iDRAC6 Monolithic |
| R520 | Compute | Intel | 12 | iDRAC7 |
| R530 | Compute | Intel | 13 | iDRAC8 |
| R530xd | Compute | Intel | 13 | iDRAC8 |
| R540 | Compute | Intel | 14 | iDRAC9 |
| R550 | Compute | Intel | 15 | iDRAC9 |
| R610 | Compute | Intel | 11 | iDRAC6 Monolithic |
| R620 | Compute | Intel | 12 | iDRAC7 |

"Dell PowerEdge Servers by Generation," 9.

5

| Claim 13 | Exemplary Dell '544 Products: Dell PowerEdge Rack Servers (14th, 15th, and 16th Generations[1]) That Use Dell PowerEdge RAID Controllers[2] | | | |
|---|---|---|---|---|
| | R630 | Compute | Intel | 13 | iDRAC8 |
| | R640 | Compute | Intel | 14 | iDRAC9 |
| | R6415 | Compute | AMD | 14 | iDRAC9 |
| | R650 | Compute | Intel | 15 | iDRAC9 |
| | R650xs | Compute | Intel | 15 | iDRAC9 |
| | R6515 | Compute | AMD | 15 | iDRAC9 |
| | R6525 | Compute | AMD | 15 | iDRAC9 |
| | R660 | Compute | Intel | 16 | iDRAC9 |
| | R660xs | Compute | Intel | 16 | iDRAC9 |
| | R6615 | Compute | AMD | 16 | iDRAC9 |
| | R6625 | Compute | AMD | 16 | iDRAC9 |
| | R710 | Compute | Intel | 11 | iDRAC6 Monolithic |
| | R715 | Compute | AMD | 11 | iDRAC6 Monolithic |
| | "Dell PowerEdge Servers by Generation," 9. | | | | |

| Claim 13 | Exemplary Dell '544 Products: Dell PowerEdge Rack Servers (14th, 15th, and 16th Generations[1]) That Use Dell PowerEdge RAID Controllers[2] | | | | |
|----------|------------------------------------------------------------------------------------------------------------------------------------------|---|---|---|---|
| | PowerEdge Model | Type | CPU Vendor | Generation | Dell Remote Management |
| | R720 | Compute | Intel | 12 | iDRAC7 |
| | R720xd | Compute | Intel | 12 | iDRAC7 |
| | R730 | Compute | Intel | 13 | iDRAC8 |
| | R730xd | Compute | Intel | 13 | iDRAC8 |
| | R740 | Compute | Intel | 14 | iDRAC9 |
| | R740xd | Compute | Intel | 14 | iDRAC9 |
| | R740xd2 | Compute | Intel | 14 | iDRAC9 |
| | R7415 | Compute | AMD | 14 | iDRAC9 |
| | R7425 | Compute | AMD | 14 | iDRAC9 |
| | R750 | Compute | Intel | 15 | iDRAC9 |
| | R750xa | Compute | Intel | 15 | iDRAC9 |
| | R750xs | Compute | Intel | 15 | iDRAC9 |

"Dell PowerEdge Servers by Generation," 10.

| Claim 13 | Exemplary Dell '544 Products: Dell PowerEdge Rack Servers (14th, 15th, and 16th Generations[1]) That Use Dell PowerEdge RAID Controllers[2] | | | |
|---|---|---|---|---|
| | R7515 | Compute | AMD | 15 | iDRAC9 |
| | R7525 | Compute | AMD | 15 | iDRAC9 |
| | R760 | Compute | Intel | 16 | iDRAC9 |
| | R760xa | Compute | Intel | 16 | iDRAC9 |
| | R760xd2 | Compute | Intel | 16 | iDRAC9 |
| | R760xs | Compute | Intel | 16 | iDRAC9 |
| | R7615 | Compute | AMD | 16 | iDRAC9 |
| | R7625 | Compute | AMD | 16 | iDRAC9 |
| | R805 | Compute | AMD | 10 | DRAC5 |
| | R810 | Compute | Intel | 11 | iDRAC6 Monolithic |
| | R815 | Compute | AMD | 11 | iDRAC6 Monolithic |
| | R820 | Compute | Intel | 12 | iDRAC7 |
| | R830 | Compute | Intel | 13 | iDRAC8 |
| | "Dell PowerEdge Servers by Generation," 10. | | | | |

| Claim 13 | Exemplary Dell '544 Products: Dell PowerEdge Rack Servers (14th, 15th, and 16th Generations[1]) That Use Dell PowerEdge RAID Controllers[2] | | | | |
|---|---|---|---|---|---|
| | **PowerEdge Model** | **Type** | **CPU Vendor** | **Generation** | **Dell Remote Management** |
| | R840 | Compute | Intel | 14 | iDRAC9 |
| | R860 | Compute | Intel | 16 | iDRAC9 |
| | R900 | Compute | Intel | 10 | DRAC5 |
| | R905 | Compute | AMD | 10 | DRAC5 |
| | R910 | Compute | Intel | 11 | iDRAC6 Monolithic |
| | R920 | Compute | Intel | 12 | iDRAC7 |
| | R930 | Compute | Intel | 13 | iDRAC8 |
| | R940 | Compute | Intel | 14 | iDRAC9 |
| | R940xa | Compute | Intel | 14 | iDRAC9 |
| | R960 | Compute | Intel | 16 | iDRAC9 |
| | "Dell PowerEdge Servers by Generation," 11. | | | | |

9

| Claim 13 | Exemplary Dell '544 Products: Dell PowerEdge Rack Servers (14th, 15th, and 16th Generations[1]) That Use Dell PowerEdge RAID Controllers[2] |
|---|---|
| | ## Understanding RAID concepts  Storage Management uses the Redundant Array of Independent Disks (RAID) technology to provide Storage Management capability. Understanding Storage Management requires an understanding of RAID concepts, as well as some familiarity with how the RAID controllers and operating system view disk space on your system.  ## What is RAID  RAID is a technology for managing the storage of data on the physical disks that reside or are attached to the system. A key aspect of RAID is the ability to span physical disks so that the combined storage capacity of multiple physical disks can be treated as a single, extended disk space. Another key aspect of RAID is the ability to maintain redundant data which can be used to restore data in the event of a disk failure. RAID uses different techniques, such as striping, mirroring, and parity, to store and reconstruct data. There are different RAID levels that use different methods for storing and reconstructing data. The RAID levels have different characteristics in terms of read/write performance, data protection, and storage capacity. Not all RAID levels maintain redundant data, which means for some RAID levels lost data cannot be restored. The RAID level you choose depends on whether your priority is performance, protection, or storage capacity.  (i) **NOTE:** The RAID Advisory Board (RAB) defines the specifications used to implement RAID. Although RAB defines the RAID levels, commercial implementation of RAID levels by different vendors may vary from the actual RAID specifications. An implementation of a particular vendor may affect the read and write performance and the degree of data redundancy.  ## Hardware and software RAID  RAID can be implemented with either hardware or software. A system using hardware RAID has a RAID controller that implements the RAID levels and processes data reads and writes to the physical disks. When using software RAID provided by the operating system, the operating system implements the RAID levels. For this reason, using software RAID by itself can slow the system performance. You can, however, use software RAID along with hardware RAID to provide better performance and variety in the configuration of RAID volumes. For example, you can mirror a pair of hardware RAID 5 volumes across two RAID controllers to provide RAID controller redundancy.  Integrated Dell Remote Access Controller 9 User's Guide[6], 226. |

6   Available at https://dl.dell.com/content/manual71585839-integrated-dell-remote-access-controller-9-user-s-guide.pdf?language=en-us.

| Claim 13 | Exemplary Dell '544 Products: Dell PowerEdge Rack Servers (14th, 15th, and 16th Generations[1]) That Use Dell PowerEdge RAID Controllers[2] |
|---|---|
| | **RAID concepts** |

RAID uses particular techniques for writing data to disks. These techniques enable RAID to provide data redundancy or better performance. These techniques include:

- Mirroring — Duplicating data from one physical disk to another physical disk. Mirroring provides data redundancy by maintaining two copies of the same data on different physical disks. If one of the disks in the mirror fails, the system can continue to operate using the unaffected disk. Both sides of the mirror contain the same data always. Either side of the mirror can act as the operational side. A mirrored RAID disk group is comparable in performance to a RAID 5 disk group in read operations but faster in write operations.
- Striping — Disk striping writes data across all physical disks in a virtual disk. Each stripe consists of consecutive virtual disk data addresses that are mapped in fixed-size units to each physical disk in the virtual disk using a sequential pattern. For example, if the virtual disk includes five physical disks, the stripe writes data to physical disks one through five without repeating any of the physical disks. The amount of space consumed by a stripe is the same on each physical disk. The portion

  of a stripe that resides on a physical disk is a stripe element. Striping by itself does not provide data redundancy. Striping in combination with parity does provide data redundancy.

- Stripe size — The total disk space consumed by a stripe not including a parity disk. For example, consider a stripe that contains 64KB of disk space and has 16KB of data residing on each disk in the stripe. In this case, the stripe size is 64KB and the stripe element size is 16KB.
- Stripe element — A stripe element is the portion of a stripe that resides on a single physical disk.
- Stripe element size — The amount of disk space consumed by a stripe element. For example, consider a stripe that contains 64KB of disk space and has 16KB of data residing on each disk in the stripe. In this case, the stripe element size is 16KB and the stripe size is 64KB.
- Parity — Parity refers to redundant data that is maintained using an algorithm in combination with striping. When one of the striped disks fails, the data can be reconstructed from the parity information using the algorithm.
- Span — A span is a RAID technique used to combine storage space from groups of physical disks into a RAID 10, 50, or 60 virtual disk.

Integrated Dell Remote Access Controller 9 User's Guide, 226-227.

11

| Claim 13 | Exemplary Dell '544 Products: Dell PowerEdge Rack Servers (14th, 15th, and 16th Generations[1]) That Use Dell PowerEdge RAID Controllers[2] |
|---|---|
| | **RAID levels**<br><br>Each RAID level uses some combination of mirroring, striping, and parity to provide data redundancy or improved read and write performance. For specific information on each RAID level, see Choosing raid levels.<br><br>**Organizing data storage for availability and performance**<br><br>RAID provides different methods or RAID levels for organizing the disk storage. Some RAID levels maintain redundant data so that you can restore data after a disk failure. Different RAID levels also entail an increase or decrease in the I/O (read and write) performance of a system.<br><br>Maintaining redundant data requires the use of additional physical disks. The possibility of a disk failure increases with an increase in the number of disks. Since the differences in I/O performance and redundancy, one RAID level may be more appropriate than another based on the applications in the operating environment and the nature of the data being stored.<br><br>When choosing a RAID level, the following performance and cost considerations apply:<br><br>● **Availability or fault-tolerance** — Availability or fault-tolerance refers to the ability of a system to maintain operations and provide access to data even when one of its components has failed. In RAID volumes, availability or fault-tolerance is achieved by maintaining redundant data. Redundant data includes mirrors (duplicate data) and parity information (reconstructing data using an algorithm).<br>● **Performance** — Read and write performance can be increased or decreased depending on the RAID level you choose. Some RAID levels may be more appropriate for particular applications.<br>● **Cost efficiency** — Maintaining the redundant data or parity information associated with RAID volumes requires additional disk space. In situations where the data is temporary, easily reproduced, or non-essential, the increased cost of data redundancy may not be justified.<br>● **Mean Time Between Failure (MTBF)** — Using additional disks to maintain data redundancy also increases the chance of disk failure at any given moment. Although this option cannot be avoided in situations where redundant data is a requirement, it does have implications on the workload of the system support staff within your organization.<br>● **Volume** — Volume refers to a single disk non-RAID virtual disk. You can create volumes using external utilities like the O-ROM <Ctrl> <r>. Storage Management does not support the creation of volumes. However, you can view volumes and use drives from these volumes for creation of new virtual disks or Online Capacity Expansion (OCE) of existing virtual disks, provided free space is available.<br><br>Integrated Dell Remote Access Controller 9 User's Guide, 227. |

| Claim 13 | Exemplary Dell '544 Products: Dell PowerEdge Rack Servers (14th, 15th, and 16th Generations[1]) That Use Dell PowerEdge RAID Controllers[2] |
|---|---|
| | The iDRAC interfaces support the following PERC11 controllers:<br>● PERC H350 Adapter<br>● PERC H355 Front<br>● PERC H355 Adapter<br>● PERC H750 Adapter<br>● PERC H755 Adapter<br>● PERC H755 Front<br>● PERC H755N Front<br>● PERC H755 MX<br>The iDRAC interfaces support the following PERC10 controllers:<br>● PERC H345 Front<br>● PERC H345 Adapter<br>● PERC H740P Mini<br>● PERC H740P Adapter<br>● PERC H745 Front<br>● PERC H745 Adapter<br>● PERC H840 Adapter<br>● PERC H745P MX<br><br>Integrated Dell Remote Access Controller 9 User's Guide, 234. |

| Claim 13 | Exemplary Dell '544 Products: Dell PowerEdge Rack Servers (14th, 15th, and 16th Generations[1]) That Use Dell PowerEdge RAID Controllers[2] |
|---|---|
| | **Storage controller specifications**<br><br>The PowerEdge R860 system supports the following controller cards:<br><br>**Table 18. Storage controller cards**<br><br>**Supported storage controller cards**<br><br>Internal controllers<br>• PERC H965i<br>• PERC H755<br>• PERC H355<br><br>External controllers<br>• PERC H965e<br>• HBA355e<br><br>Internal Boot<br>• Boot Optimized Storage Subsystem (BOSS-N1): HWRAID 2 x M.2 NVMe SSD<br>• USB<br><br>Software RAID<br>• S160<br><br>SAS Host Bus Adapters (HBA)<br>• HBA355i<br><br>R860 Installation and Service Manual[7], 9.<br><br>Working with the Dell PowerEdge RAID controllers \| For information about understanding the features of the Dell PowerEdge RAID controllers (PERC), Software RAID controllers, or BOSS card and deploying the cards, see the Storage controller documentation. \| www.dell.com/storagecontrollermanuals |

---

[7]   Available at https://dl.dell.com/content/manual30976811-dell-poweredge-r860-installation-and-service-manual.pdf?language=en-us (dated March 2024).

14

| Claim 13 | Exemplary Dell '544 Products: Dell PowerEdge Rack Servers (14th, 15th, and 16th Generations[1]) That Use Dell PowerEdge RAID Controllers[2] |
|---|---|
| | R940 Installation and Service Manual[8], 25.<br><br># PERC H840 RAID Adapter for External MD14XX Only, 8GB NV Cache, Low Profile/Full Height, Customer Install<br><br>★★★★☆  4.2 (10)<br><br><br><br>Power Edge Raid Controller ("PERC") H840 Information Page[9], 4. |

---

⁸    Available at https://dl.dell.com/content/manual30976811-dell-poweredge-r860-installation-and-service-manual.pdf?language=en-us (dated March 2024).

⁹    Available at https://www.dell.com/en-us/shop/perc-h840-raid-adapter-for-external-md14xx-only-8gb-nv-cache-low-profile-full-height-customer-install/apd/405-aamz/storage-drives-media#support_section.

| Claim 13 | Exemplary Dell '544 Products: Dell PowerEdge Rack Servers (14th, 15th, and 16th Generations[1]) That Use Dell PowerEdge RAID Controllers[2] |
|---|---|
| | PERC H840 RAID Adapter for External MD14XX Only, 8GB NV Cache, Low Profile/Full Height, Customer Install<br><br>Dell Part 405-AAMZ<br><br>The PERC H840 RAID Controller from Dell offers reliability and performance in addition to providing management with the tolerant disk subsystem failures. This RAID controller offers expandable 4 GB storage capacity to improve the performance of your server systems. The double module channel provides high-speed connectivity. This product has been tested and validated on Dell systems to ensure compatibility with your computer. It is supported by Dell Technical Support when used with a Dell system.<br><br><br><br>Power Edge Raid Controller ("PERC") H840 Information Page, 5. |

| Claim 13 | Exemplary Dell '544 Products: Dell PowerEdge Rack Servers (14th, 15th, and 16th Generations[1]) That Use Dell PowerEdge RAID Controllers[2] |
|---|---|
| | ## Compatibility<br><br>This product is compatible with the following systems:<br><br>• PowerEdge R440<br>• PowerEdge R540<br>• PowerEdge R640<br>• PowerEdge R650<br>• PowerEdge R660<br>• PowerEdge R740<br>• PowerEdge R740XD<br>• PowerEdge R740xd2<br>• PowerEdge R7415<br>• PowerEdge R7425<br>• PowerEdge R750xa<br>• PowerEdge R7515<br>• PowerEdge R7525<br>• PowerEdge R760<br>• PowerEdge R760XS<br>• PowerEdge R840<br>• PowerEdge R940<br>• PowerEdge R940xa<br><br>Power Edge Raid Controller ("PERC") H840 Information Page, 8. |
| [a] backing up data in a disk array including a plurality of disk drives onto a backup storage device; and | The Exemplary Dell '544 Products back up data in a disk array including a plurality of disk drives onto a backup storage device.<br><br>*See, e.g.,*: |

17

| Claim 13 | Exemplary Dell '544 Products: Dell PowerEdge Rack Servers (14th, 15th, and 16th Generations[1]) That Use Dell PowerEdge RAID Controllers[2] |
|---|---|
| | Article Number: 000178190                                                    🖶 Print<br><br>Dell PowerEdge: How to Assign a Hard Drive in Global Hot Spare.<br><br>Summary: Various ways your online virtual disk can be reconfigured to expand its capacity or changes its RAID level.<br><br>Article Content<br><br>Symptoms<br><br>ℹ️ **Note:** This article is part of the Server Tutorials: **'RAID and Disks'** available in KB article 131039: <u>PowerEdge Tutorials: Physical Disks and RAID Controller (PERC) on Servers</u> .<br><br>A global hot spare is an unused backup disk that is part of the disk group. Hot spares remain in standby mode. When a hard drive that is used in a virtual disk fails, the assigned hot spare is activated to replace the failed hard drive without interrupting the system or requiring your intervention. When a hot spare is activated, it rebuilds the data for all redundant virtual disks that were using the failed hard drive.<br><br>You can change the hot spare assignment by unassigning a disk and choosing another disk as needed. You can also assign more than one hard drive as a global hot spare.<br><br>"Dell PowerEdge: How to Assign a Hard Drive in Global Hot Spare," 1. |

18

| Claim 13 | Exemplary Dell '544 Products: Dell PowerEdge Rack Servers (14th, 15th, and 16th Generations[1]) That Use Dell PowerEdge RAID Controllers[2] |
|---|---|

Table 1. Specifications for PERC S160

| Specification | PERC S160 |
|---|---|
| SATA SSD technology | Yes |
| NVMe support | Yes |
| SAS connectors | No |
| Dell-compliant SAS compatibility | No |
| Direct-connected end devices | Dell-compliant HDDs, SSDs, and SATA DVDs |
| SMART error support through management applications | Yes |
| Backplane supported systems | Yes |
| Support for internal tape drive | No |
| Support for global hot spare | Yes |
| Support for 512 native and 512e drives | Yes |
| Support for 4Kn native drives | No |
| Maximum number of global hot spares | Varies with the number of free disks in the system |
| Maximum number of physical disks supported (SATA + NVMe) | 30 |
| Minimum RAM size required | 16 GB |

S160 User's Guide, 6.

# Supported PowerEdge servers

The following PowerEdge servers support the S160 controller:

- PowerEdge R6615
- PowerEdge R7615
- PowerEdge R6625
- PowerEdge R7625
- PowerEdge R660
- PowerEdge R760

19

| Claim 13 | Exemplary Dell '544 Products: Dell PowerEdge Rack Servers (14th, 15th, and 16th Generations[1]) That Use Dell PowerEdge RAID Controllers[2] |
|---|---|
| | S160 User's Guide, 9.<br><br>## Mirror rebuilding<br><br>A RAID mirror configuration can be rebuilt after a new physical disk is inserted and the physical disk is designated as a hot spare.<br><br>ⓘ **NOTE:** The system does not have to be rebooted.<br><br>## Fault tolerance<br><br>The following fault tolerance features are available with the PERC S160:<br>● Physical disk failure detection (automatic).<br>● Virtual disk rebuild using hot spares (automatic, if the hot spare is configured for this feature).<br>● Parity generation and checking (RAID 5 only).<br>● Hot-swap manual replacement of a physical disk without rebooting the system (only for systems with a backplane that allows hot-swapping).<br><br>If one side of a RAID 1 (mirror) fails, data can be rebuilt by using the physical disk on the other side of the mirror.<br><br>If a physical disk in RAID 5 fails, parity data exists on the remaining physical disks, which can be used to restore the data to a new replacement physical disk configured as a hot spare.<br><br>If a physical disk fails in RAID 10, the virtual disk remains functional and data is read from the surviving mirrored physical disk(s). A single disk failure in each mirrored set can be sustained, depending on how the mirrored set fails.<br><br>S160 User's Guide, 12. |

| Claim 13 | Exemplary Dell '544 Products: Dell PowerEdge Rack Servers (14th, 15th, and 16th Generations[1]) That Use Dell PowerEdge RAID Controllers[2] |
|---|---|
| | ## Managing the hot spare disks<br><br>**Manage Hot Spare(s)** screen enables you to assign or unassign a global or dedicated hot spare(s).<br><br>1. Enter the BIOS Configuration Utility. See Entering the BIOS configuration utility.<br>2. In the **Main Menu** screen, use the arrow keys to select **Manage Hot Spare(s)** and press <Enter>. The **Manage Hot Spare(s)** screen display:<br>    • global hot spare disks<br>    • dedicated hot spare disks<br><br>## Assigning the global hot spare disks<br><br>A global hot spare disk is a backup physical disk that can be used by any redundant virtual disk. It is not assigned (dedicated) to any specific virtual disk. Virtual disks can typically be rebuilt by using a global spare disk, as long as the global hot spare is not already part of the virtual disk and has enough available capacity. Unlike a dedicated hot spare, a global hot spare can be assigned at anytime, even while tasks are running on virtual disks.<br><br>ⓘ **NOTE:** A hot spare can be created only if a physical disk is in the **Ready** or **Normal** state in the **Physical Disks** field. If the physical disk is in the **Online** state, the disk is being used by a virtual disk and cannot be selected as a hot spare.<br><br>ⓘ **NOTE:** If disk space is available in the global hot spare drive then a single global hot spare can be assigned as a hot spare to multiple degraded virtual drives. Therefore, it is possible for the same global hot spare to become part of different degraded virtual drives that have different RAID levels.<br><br>Perform the following procedure to assign a global hot spare disk:<br>1. Enter the **BIOS Configuration utility**. See Entering the BIOS configuration utility.<br>2. In the **Main Menu** screen, select the **Manage Hot Spare** and press <Enter>.<br>3. Select **Assign Global Hot Spare(s)**. Press <Enter>.<br>4. Use the up or down arrow key to select a physical disk(s) to be used as a global hot spare(s). Press <Insert>.<br>5. Press <Enter> to add the global hot spare.<br>6. Press the <C> key to confirm the action.<br><br>## Unassign hot spare disks<br><br>1. Enter the **BIOS Configuration utility**. See Entering the BIOS configuration utility.<br>2. In the **Main Menu** screen, select the **Manage Hot Spare** and press Enter.<br>3. Select **Unassign Hot Spare**. Press Enter.<br>4. Use the up or down arrow key to select the physical disk to delete as a hot spare.<br>5. Press Insert. To delete the hot spare, press Enter<br>6. Press the C key to confirm the action. |

| Claim 13 | Exemplary Dell '544 Products: Dell PowerEdge Rack Servers (14th, 15th, and 16th Generations[1]) That Use Dell PowerEdge RAID Controllers[2] |
|---|---|
| | S160 User's Guide, 21. |

**Table 13. View Physical Disk Properties (continued)**

| Menu Item | Description |
|---|---|
| Size | Displays the total storage space of the physical disk. |
| SMART status | Displays if the SMART feature is enabled or disabled for the physical disk. |
| Revision | Displays the revision. |
| Device Type | Displays the device type. |
| Certified (SATA Drives only) | Displays if the physical disk is Dell certified or not. |
| Connector Port (SATA Drives only) | Displays the port number in which the SATA physical disk is installed. |
| Disk Write Cache (SATA Drives only) | Displays if the disk cache is enabled or disabled. |
| Hot Spare | Displays if the physical disk is assigned as a hot spare. |

S160 User's Guide, 30.

| Claim 13 | Exemplary Dell '544 Products: Dell PowerEdge Rack Servers (14th, 15th, and 16th Generations[1]) That Use Dell PowerEdge RAID Controllers[2] |
|---|---|
| | **NOTE:** Ensure that you change the physical disk write cache policy of a global hot spare disk after rebuild to the write cache policy of the last configured virtual disk. |
| | **NOTE:** In the **View Virtual Disk Properties** screen, ensure that the physical disk write cache setting is consistent across the physical disk associated with the virtual disk. |
| | **NOTE:** If you have Linux RAID configured on the system, you cannot modify the physical disk write cache policy feature settings. |
| | **NOTE:** For more information about the physical disk write cache behavior, see the Troubleshooting your system section. |
| | **Assigning the global hot spare** |
| | 1. Enter the **Dell PERC S160 Configuration Utility**. See Entering the DELL PERC S160 Configuration Utility . |
| | 2. Click **Physical Disk Management > Select Physical Disk Operations**. |
| | 3. Select the physical disk that is in the ready state from the drop-down menu. |
| | 4. Click the link **Assign Global Hot Spares.** |
| | **NOTE:** A global hot spare disk cannot be created if you have Linux RAID configured on the system. |
| | **Unassign a global hot spare** |
| | **NOTE:** Unassigning a hotspare may place the data at risk in the event of a disk failure. |
| | 1. Enter the **Dell PERC S160 Configuration Utility**. See Entering the DELL PERC S160 Configuration Utility. |
| | 2. Click **Physical Disk Management > Select Physical Disk Operations**. |
| | 3. Select a global hot spare disk from the drop-down menu. |
| | 4. Click the link **Unassign Hot Spare**. Confirmation screen appears. |
| | 5. Click **Yes** to confirm. |
| | **Assigning the dedicated hot spare** |
| | ⚠ **WARNING: Assigning a disk as a hot spare will cause the data on the disk to be permanently deleted.** |
| | **NOTE:** After a hot spare rebuild, creating new partial virtual disk on the same Linux RAID disk is not supported. |
| | 1. Enter the **Dell PERC S160 Configuration Utility**. See Entering the DELL PERC S160 Configuration Utility. |
| | 2. Click **Virtual Disk Management > Manage Virtual Disk Properties**. |
| | 3. Select the virtual disk that is in the ready state from the drop-down menu. |
| | 4. Click **Manage Dedicated Hot Spares** |
| | 5. Select the physical disk that you want to be assigned as a dedicated hot-spare disk. |
| | 6. Click the link **Add Hot Spare Disk**. |
| | S160 User's Guide, 31. |

23

| Claim 13 | Exemplary Dell '544 Products: Dell PowerEdge Rack Servers (14th, 15th, and 16th Generations[1]) That Use Dell PowerEdge RAID Controllers[2] |
|---|---|
| | **Viewing global hot spares**<br><br>**The View Global Hot Spares** screen displays the physical disk assigned as global hot spare.<br><br>In the **System Setup Main Menu**, click **Device Settings > Dell PERC S160 Configuration Utility > Physical Disk Management > View Global Hot Spares**<br>S160 User's Guide, 32.<br><br>**Rebuilding a virtual disk the global hot spare is not listed as online in HII or iDRAC**<br><br>Description: After the rebuild of a virtual disk is completed using the global hot spare the status of the disk is not listed as online, instead the status of the disk is listed as ready.<br><br>Solution    This is an expected behavior. No action is required.<br>S160 User's Guide, 44. |

24

| Claim 13 | Exemplary Dell '544 Products: Dell PowerEdge Rack Servers (14th, 15th, and 16th Generations[1]) That Use Dell PowerEdge RAID Controllers[2] |
|---|---|

**Table 1. Specifications for PERC S150**

| Specification | PERC S150 |
|---|---|
| SATA SSD technology | Yes |
| NVMe support | Yes |
| SAS connectors | No |
| Dell-compliant SAS compatibility | No |
| Direct-connected end devices | Dell-compliant HDDs, SSDs, and SATA DVDs |
| SMART error support through management applications | Yes |
| Backplane supported systems | Yes |
| Support for internal tape drive | No |
| Support for global hot spare | Yes |
| Support for 512 native and 512e drives | Yes |
| Support for 4Kn native drives | No |
| Maximum number of global hot spares | Varies with the number of free disks in the system |
| Maximum number of physical disks supported (SATA + NVMe) | 30 |
| Minimum RAM size required | 16 GB |

S150 User's Guide[10], 6.

---

[10]   Available at https://dl.dell.com/content/manual26808573-dell-poweredge-raid-controller-s150-user-s-guide.pdf?language=en-us.

| Claim 13 | Exemplary Dell '544 Products: Dell PowerEdge Rack Servers (14th, 15th, and 16th Generations[1]) That Use Dell PowerEdge RAID Controllers[2] |
|---|---|
| | ## Supported PowerEdge systems<br><br>The following PowerEdge systems support the S150 controller:<br>• PowerEdge R6515<br>• PowerEdge R7515<br>• PowerEdge R6525<br>• PowerEdge R7525<br>• PowerEdge C6525<br>• PowerEdge R650<br>• PowerEdge R650 XS<br>• PowerEdge R750<br>• PowerEdge R750 XS<br>• PowerEdge R750 XA<br>• PowerEdge MX750C<br>• PowerEdge C6520<br>• PowerEdge R450<br>• PowerEdge R550<br>• PowerEdge XR11<br>• PowerEdge XR12<br>• PowerEdge XE8545<br>• PowerEdge T150<br>• PowerEdge T350<br>• PowerEdge R250<br>• PowerEdge R350<br><br>S150 User's Guide, 9. |

| Claim 13 | Exemplary Dell '544 Products: Dell PowerEdge Rack Servers (14th, 15th, and 16th Generations[1]) That Use Dell PowerEdge RAID Controllers[2] |
|---|---|
| | ## Mirror rebuilding<br><br>A RAID mirror configuration can be rebuilt after a new physical disk is inserted and the physical disk is designated as a hot spare.<br><br>(i) **NOTE:** The system does not have to be rebooted.<br><br>## Fault tolerance<br><br>The following fault tolerance features are available with the PERC S150:<br>- Physical disk failure detection (automatic).<br>- Virtual disk rebuild using hot spares (automatic, if the hot spare is configured for this feature).<br>- Parity generation and checking (RAID 5 only).<br>- Hot-swap manual replacement of a physical disk without rebooting the system (only for systems with a backplane that allows hot-swapping).<br><br>If one side of a RAID 1 (mirror) fails, data can be rebuilt by using the physical disk on the other side of the mirror.<br><br>If a physical disk in RAID 5 fails, parity data exists on the remaining physical disks, which can be used to restore the data to a new replacement physical disk configured as a hot spare.<br><br>If a physical disk fails in RAID 10, the virtual disk remains functional and data is read from the surviving mirrored physical disk(s). A single disk failure in each mirrored set can be sustained, depending on how the mirrored set fails.<br><br>S150 User's Guide, 12. |

| Claim 13 | Exemplary Dell '544 Products: Dell PowerEdge Rack Servers (14th, 15th, and 16th Generations[1]) That Use Dell PowerEdge RAID Controllers[2] |
|---|---|
|  | ## Managing the hot spare disks |

**Manage Hot Spare(s)** screen enables you to assign or unassign a global or dedicated hot spare(s).

1. Enter the BIOS Configuration Utility. See Entering the BIOS configuration utility.
2. In the **Main Menu** screen, use the arrow keys to select **Manage Hot Spare(s)** and press <Enter>.
   The **Manage Hot Spare(s)** screen display:
   - global hot spare disks
   - dedicated hot spare disks

## Assigning the global hot spare disks

A global hot spare disk is a backup physical disk that can be used by any redundant virtual disk. It is not assigned (dedicated) to any specific virtual disk. Virtual disks can typically be rebuilt by using a global spare disk, as long as the global hot spare is not already part of the virtual disk and has enough available capacity. Unlike a dedicated hot spare, a global hot spare can be assigned at anytime, even while tasks are running on virtual disks.

ⓘ **NOTE:** A hot spare can be created only if a physical disk is in the **Ready** or **Normal** state in the **Physical Disks** field. If the physical disk is in the **Online** state, the disk is being used by a virtual disk and cannot be selected as a hot spare.

ⓘ **NOTE:** If disk space is available in the global hot spare drive then a single global hot spare can be assigned as a hot spare to multiple degraded virtual drives. Therefore, it is possible for the same global hot spare to become part of different degraded virtual drives that have different RAID levels.

Perform the following procedure to assign a global hot spare disk:
1. Enter the **BIOS Configuration utility**. See Entering the BIOS configuration utility.
2. In the **Main Menu** screen, select the **Manage Hot Spare** and press <Enter>.
3. Select **Assign Global Hot Spare(s)**. Press <Enter>.
4. Use the up or down arrow key to select a physical disk(s) to be used as a global hot spare(s). Press <Insert>.
5. Press <Enter> to add the global hot spare.
6. Press the <C> key to confirm the action.

## Unassign hot spare disks

1. Enter the **BIOS Configuration utility**. See Entering the BIOS configuration utility.
2. In the **Main Menu** screen, select the **Manage Hot Spare** and press Enter.
3. Select **Unassign Hot Spare**. Press Enter.
4. Use the up or down arrow key to select the physical disk to delete as a hot spare.
5. Press Insert. To delete the hot spare, press Enter
6. Press the C key to confirm the action.

S150 User's Guide, 26.

| Claim 13 | Exemplary Dell '544 Products: Dell PowerEdge Rack Servers (14th, 15th, and 16th Generations[1]) That Use Dell PowerEdge RAID Controllers[2] |
|---|---|
| | ## Assigning the global hot spare<br><br>1. Enter the **Dell PERC S150 Configuration Utility**. See Entering the DELL PERC S150 Configuration Utility .<br>2. Click **Physical Disk Management > Select Physical Disk Operations**.<br>3. Select the physical disk that is in the ready state from the drop-down menu.<br>4. Click the link **Assign Global Hot Spares.**<br><br>ⓘ **NOTE:** A global hot spare disk cannot be created if you have Linux RAID configured on the system.<br><br>S150 User's Guide, 37. |

| Claim 13 | Exemplary Dell '544 Products: Dell PowerEdge Rack Servers (14th, 15th, and 16th Generations[1]) That Use Dell PowerEdge RAID Controllers[2] |
|---|---|
|  | ## Unassign a global hot spare<br><br>(i) **NOTE:** Unassigning a hotspare may place the data at risk in the event of a disk failure.<br><br>1. Enter the **Dell PERC S160 Configuration Utility**. See Entering the DELL PERC S160 Configuration Utility.<br>2. Click **Physical Disk Management** > **Select Physical Disk Operations**.<br>3. Select a global hot spare disk from the drop-down menu.<br>4. Click the link **Unassign Hot Spare**.<br>   Confirmation screen appears.<br>5. Click **Yes** to confirm.<br><br>## Assigning the dedicated hot spare<br><br>⚠ **WARNING: Assigning a disk as a hot spare will cause the data on the disk to be permanently deleted.**<br><br>(i) **NOTE:** After a hot spare rebuild, creating new partial virtual disk on the same Linux RAID disk is not supported.<br><br>1. Enter the **Dell PERC S150 Configuration Utility**. See Entering the DELL PERC S150 Configuration Utility.<br>2. Click **Virtual Disk Management** > **Manage Virtual Disk Properties**.<br>3. Select the virtual disk that is in the ready state from the drop-down menu.<br>4. Click **Manage Dedicated Hot Spares**<br>5. Select the physical disk that you want to be assigned as a dedicated hot-spare disk.<br>6. Click the link **Add Hot Spare Disk**.<br>   Confirmation screen appears.<br>7. Select **Confirm** and click **YES** to complete the dedicated hot spare disk assignment.<br><br>S150 User's Guide, 38. |

| Claim 13 | Exemplary Dell '544 Products: Dell PowerEdge Rack Servers (14th, 15th, and 16th Generations[1]) That Use Dell PowerEdge RAID Controllers[2] |
|---|---|
| | ## Supported PowerEdge systems<br><br>The following PowerEdge systems support the S140 controller:<br>• PowerEdge C6400<br>• PowerEdge C6420<br>• PowerEdge C4140<br>• PowerEdge FC640<br>• PowerEdge M640<br>• PowerEdge MX7000<br>• PowerEdge MX740c<br>• PowerEdge MX840c<br>• PowerEdge R240<br>• PowerEdge R340<br>• PowerEdge R440<br>• PowerEdge R540<br>• PowerEdge R640<br>• PowerEdge R740<br>• PowerEdge R740xd<br>• PowerEdge R740xd2<br>• PowerEdge R840<br>• PowerEdge R940<br>• PowerEdge R940xa<br>• PowerEdge R6415<br>• PowerEdge R7425<br>• PowerEdge R7415<br><br>S140 User's Guide, "Supported PowerEdge systems"[11], 1. |

---

[11]   Available at https://www.dell.com/support/manuals/en-us/poweredge-rc-s140/s140_ug/supported-poweredge-systems?guid=guid-875adb5f-9d57-4e2b-a57c-43e4dca3b283&lang=en-us.

| Claim 13 | Exemplary Dell '544 Products: Dell PowerEdge Rack Servers (14th, 15th, and 16th Generations[1]) That Use Dell PowerEdge RAID Controllers[2] |
|---|---|
| | **Mirror rebuilding**<br><br>A RAID mirror configuration can be rebuilt after a new physical disk is inserted and the physical disk is designated as a hot spare.<br><br>S140 User's Guide, "Mirror Rebuilding"[12], 1.<br><br>### Dell PowerEdge RAID Controller S140 User's Guide<br><br>**Fault tolerance**<br><br>The following fault tolerance features are available with the PERC S140: If one side of a RAID 1 (mirror) fails, data can be rebuilt by using the physical disk on the other side of the mirror.<br><br>- Physical disk failure detection (automatic).<br>- Virtual disk rebuild using hot spares (automatic, if the hot spare is configured for this feature).<br>- Parity generation and checking (RAID 5 only).<br>- Hot-swap manual replacement of a physical disk without rebooting the system (only for systems with a backplane that allows hot-swapping).<br><br>If a physical disk in RAID 5 fails, parity data exists on the remaining physical disks, which can be used to restore the data to a new replacement physical disk configured as a hot spare.<br><br>If a physical disk fails in RAID 10, the virtual disk remains functional and data is read from the surviving mirrored physical disk(s). A single disk failure in each mirrored set can be sustained, depending on how the mirrored set fails.<br><br>S140 User's Guide, "Fault Tolerance"[13], 1. |

---

[12]   Available at https://www.dell.com/support/manuals/en-us/poweredge-rc-s140/s140_ug/mirror-rebuilding?guid=guid-ee4012fa-6518-4cb5-b629-d54143d04b16&lang=en-us.

[13]   Available at https://www.dell.com/support/manuals/en-us/poweredge-rc-s140/s140_ug/fault-tolerance?guid=guid-0e22affd-cdd9-47c1-9053-87200db1c9e6&lang=en-us.

| Claim 13 | Exemplary Dell '544 Products: Dell PowerEdge Rack Servers (14th, 15th, and 16th Generations[1]) That Use Dell PowerEdge RAID Controllers[2] |
|---|---|
| | ## Managing the hot spare disks<br><br>**Manage Hot Spare(s)** screen enables you to assign or unassign a global or dedicated hot spare(s).<br><br>1. Enter the BIOS Configuration Utility. See Entering the BIOS configuration utility.<br>2. In the **Main Menu** screen, use the arrow keys to select **Manage Hot Spare(s)** and press <Enter>.<br>The **Manage Hot Spare(s)** screen display:<br> ○ global hot spare disks<br> ○ dedicated hot spare disks<br><br>Assigning the global hot spare disks<br>Assigning the dedicated hot spare disks<br>Unassign hot spare disks<br><br>S140 User's Guide, "Managing the Hot Spare Disks"[14], 1. |

---

[14]   Available at https://www.dell.com/support/manuals/en-us/poweredge-rc-s140/s140_ug/managing-the-hot-spare-disks?guid=guid-54fee40d-0abb-4314-a417-b64fb7a23ee4&lang=en-us.

| Claim 13 | Exemplary Dell '544 Products: Dell PowerEdge Rack Servers (14th, 15th, and 16th Generations[1]) That Use Dell PowerEdge RAID Controllers[2] |
|----------|---------------------------------------------------------------------------|
| | ## Assigning the global hot spare disks

A global hot spare disk is a backup physical disk that can be used by any redundant virtual disk. It is not assigned (dedicated) to any specific virtual disk. Virtual disks can typically be rebuilt by using a global spare disk, as long as the global hot spare is not already part of the virtual disk and has enough available capacity. Unlike a dedicated hot spare, a global hot spare can be assigned at anytime, even while tasks are running on virtual disks.

ⓘ NOTE:A hot spare can be created only if a physical disk is in the **Ready** or **Normal** state in the **Physical Disks** field. If the physical disk is in the **Online** state, the disk is being used by a virtual disk and cannot be selected as a hot spare.

ⓘ NOTE:If disk space is available in the global hot spare drive then a single global hot spare can be assigned as a hot spare to multiple degraded virtual drives. Therefore, it is possible for the same global hot spare to become part of different degraded virtual drives that have different RAID levels.

Perform the following procedure to assign a global hot spare disk:
1. Enter the **BIOS Configuration utility**. See Entering the BIOS configuration utility.
2. In the **Main Menu** screen, select the **Manage Hot Spare** and press <Enter>.
3. Select **Assign Global Hot Spare(s)**. Press <Enter>.
4. Use the up or down arrow key to select a physical disk(s) to be used as a global hot spare(s). Press <Insert>.
5. Press <Enter> to add the global hot spare.
6. Press the <C> key to confirm the action.

S140 User's Guide, "Assigning Global Hot Spare Disks"[15], 1. |

---

[15]   Available at https://www.dell.com/support/manuals/en-us/poweredge-rc-s140/s140_ug/assigning-the-global-hot-spare-disks?guid=guid-c2597f02-9418-491a-9bbc-327188e0bb32&lang=en-us.

| Claim 13 | Exemplary Dell '544 Products: Dell PowerEdge Rack Servers (14th, 15th, and 16th Generations[1]) That Use Dell PowerEdge RAID Controllers[2] |
|---|---|
| | **Assigning the dedicated hot spare disks**<br><br>A dedicated hot spare is a backup physical disk for the redundant virtual disk to which it is assigned. The physical disk that is used as a dedicated hot spare cannot be a member of an existing virtual disk. When the hot spare is activated, it becomes the receptacle for the data from the failed physical disk member of the volume, without interrupting the system or requiring your intervention. A dedicated hot spare can be assigned to any redundant virtual disk, and up to four hot spares can be assigned to a virtual disk. A dedicated hot spare cannot be assigned while a task is running on the virtual disk.<br><br>ⓘ NOTE:A virtual disk is marked **Failed** or **Degraded** if a physical disk reports a **Failed** state, or if the SAS/SATA cable to the physical disk or power cable is disconnected.<br><br>ⓘ NOTE: If a virtual disk with an assigned dedicated hot spare is deleted, the dedicated hot spare is also deleted and the physical disk state changes to the **Ready state**.<br><br>Perform the following procedure to assign a dedicated hot spare disk:<br>1. Enter the **BIOS configuration utility**. See Entering the BIOS configuration utility.<br>2. In the **Main Menu** screen, select the **Manage Hot Spare** and press Enter.<br>3. Select **Assign Dedicated Hot Spare**. Press Enter.<br>4. Use the up or down arrow key to select a physical disk for use as a dedicated hot spare and press Insert.<br>5. Press Enter to add the dedicated hot spare.<br>6. Press the C key to confirm the action.<br>S140 User's Guide, "Assigning Dedicated Hot Spare Disks"[16], 1. |

---

[16]  Available at https://www.dell.com/support/manuals/en-us/poweredge-rc-s140/s140_ug/assigning-the-dedicated-hot-spare-disks?guid=guid-c0d57367-6135-411b-abf5-a7fd2bb3a6b3&lang=en-us.

| Claim 13 | Exemplary Dell '544 Products: Dell PowerEdge Rack Servers (14th, 15th, and 16th Generations[1]) That Use Dell PowerEdge RAID Controllers[2] |
|---|---|
| | ## Understanding RAID concepts<br><br>Storage Management uses the Redundant Array of Independent Disks (RAID) technology to provide Storage Management capability. Understanding Storage Management requires an understanding of RAID concepts, as well as some familiarity with how the RAID controllers and operating system view disk space on your system.<br><br>## What is RAID<br><br>RAID is a technology for managing the storage of data on the physical disks that reside or are attached to the system. A key aspect of RAID is the ability to span physical disks so that the combined storage capacity of multiple physical disks can be treated as a single, extended disk space. Another key aspect of RAID is the ability to maintain redundant data which can be used to restore data in the event of a disk failure. RAID uses different techniques, such as striping, mirroring, and parity, to store and reconstruct data. There are different RAID levels that use different methods for storing and reconstructing data. The RAID levels have different characteristics in terms of read/write performance, data protection, and storage capacity. Not all RAID levels maintain redundant data, which means for some RAID levels lost data cannot be restored. The RAID level you choose depends on whether your priority is performance, protection, or storage capacity.<br><br>ⓘ **NOTE:** The RAID Advisory Board (RAB) defines the specifications used to implement RAID. Although RAB defines the RAID levels, commercial implementation of RAID levels by different vendors may vary from the actual RAID specifications. An implementation of a particular vendor may affect the read and write performance and the degree of data redundancy.<br><br>## Hardware and software RAID<br><br>RAID can be implemented with either hardware or software. A system using hardware RAID has a RAID controller that implements the RAID levels and processes data reads and writes to the physical disks. When using software RAID provided by the operating system, the operating system implements the RAID levels. For this reason, using software RAID by itself can slow the system performance. You can, however, use software RAID along with hardware RAID volumes to provide better performance and variety in the configuration of RAID volumes. For example, you can mirror a pair of hardware RAID 5 volumes across two RAID controllers to provide RAID controller redundancy.<br><br>Integrated Dell Remote Access Controller 9 User's Guide, 226. |

| Claim 13 | Exemplary Dell '544 Products: Dell PowerEdge Rack Servers (14th, 15th, and 16th Generations[1]) That Use Dell PowerEdge RAID Controllers[2] |
|---|---|
| | **RAID concepts** <br><br> RAID uses particular techniques for writing data to disks. These techniques enable RAID to provide data redundancy or better performance. These techniques include: <br><br> • Mirroring — Duplicating data from one physical disk to another physical disk. Mirroring provides data redundancy by maintaining two copies of the same data on different physical disks. If one of the disks in the mirror fails, the system can continue to operate using the unaffected disk. Both sides of the mirror contain the same data always. Either side of the mirror can act as the operational side. A mirrored RAID disk group is comparable in performance to a RAID 5 disk group in read operations but faster in write operations. <br> • Striping — Disk striping writes data across all physical disks in a virtual disk. Each stripe consists of consecutive virtual disk data addresses that are mapped in fixed-size units to each physical disk in the virtual disk using a sequential pattern. For example, if the virtual disk includes five physical disks, the stripe writes data to physical disks one through five without repeating any of the physical disks. The amount of space consumed by a stripe is the same on each physical disk. The portion of a stripe that resides on a physical disk is a stripe element. Striping by itself does not provide data redundancy. Striping in combination with parity does provide data redundancy. <br> • Stripe size — The total disk space consumed by a stripe not including a parity disk. For example, consider a stripe that contains 64KB of disk space and has 16KB of data residing on each disk in the stripe. In this case, the stripe size is 64KB and the stripe element size is 16KB. <br> • Stripe element — A stripe element is the portion of a stripe that resides on a single physical disk. <br> • Stripe element size — The amount of disk space consumed by a stripe element. For example, consider a stripe that contains 64KB of disk space and has 16KB of data residing on each disk in the stripe. In this case, the stripe element size is 16KB and the stripe size is 64KB. <br> • Parity — Parity refers to redundant data that is maintained using an algorithm in combination with striping. When one of the striped disks fails, the data can be reconstructed from the parity information using the algorithm. <br> • Span — A span is a RAID technique used to combine storage space from groups of physical disks into a RAID 10, 50, or 60 virtual disk. <br><br> Integrated Dell Remote Access Controller 9 User's Guide, 226-227. |

| Claim 13 | Exemplary Dell '544 Products: Dell PowerEdge Rack Servers (14th, 15th, and 16th Generations[1]) That Use Dell PowerEdge RAID Controllers[2] |
|---|---|
| | **RAID levels**<br><br>Each RAID level uses some combination of mirroring, striping, and parity to provide data redundancy or improved read and write performance. For specific information on each RAID level, see Choosing raid levels.<br><br>**Organizing data storage for availability and performance**<br><br>RAID provides different methods or RAID levels for organizing the disk storage. Some RAID levels maintain redundant data so that you can restore data after a disk failure. Different RAID levels also entail an increase or decrease in the I/O (read and write) performance of a system.<br><br>Maintaining redundant data requires the use of additional physical disks. The possibility of a disk failure increases with an increase in the number of disks. Since the differences in I/O performance and redundancy, one RAID level may be more appropriate than another based on the applications in the operating environment and the nature of the data being stored.<br><br>When choosing a RAID level, the following performance and cost considerations apply:<br><br>● **Availability or fault-tolerance** — Availability or fault-tolerance refers to the ability of a system to maintain operations and provide access to data even when one of its components has failed. In RAID volumes, availability or fault-tolerance is achieved by maintaining redundant data. Redundant data includes mirrors (duplicate data) and parity information (reconstructing data using an algorithm).<br>● **Performance** — Read and write performance can be increased or decreased depending on the RAID level you choose. Some RAID levels may be more appropriate for particular applications.<br>● **Cost efficiency** — Maintaining the redundant data or parity information associated with RAID volumes requires additional disk space. In situations where the data is temporary, easily reproduced, or non-essential, the increased cost of data redundancy may not be justified.<br>● **Mean Time Between Failure (MTBF)** — Using additional disks to maintain data redundancy also increases the chance of disk failure at any given moment. Although this option cannot be avoided in situations where redundant data is a requirement, it does have implications on the workload of the system support staff within your organization.<br>● **Volume** — Volume refers to a single disk non-RAID virtual disk. You can create volumes using external utilities like the O-ROM <Ctrl> <r>. Storage Management does not support the creation of volumes. However, you can view volumes and use drives from these volumes for creation of new virtual disks or Online Capacity Expansion (OCE) of existing virtual disks, provided free space is available.<br><br>Integrated Dell Remote Access Controller 9 User's Guide, 227. |

| Claim 13 | Exemplary Dell '544 Products: Dell PowerEdge Rack Servers (14th, 15th, and 16th Generations[1]) That Use Dell PowerEdge RAID Controllers[2] |
|---|---|
| | **Storage controller specifications**<br><br>The PowerEdge R860 system supports the following controller cards:<br><br>**Table 18. Storage controller cards**<br><br>**Supported storage controller cards**<br><br>Internal controllers<br>• PERC H965i<br>• PERC H755<br>• PERC H355<br><br>External controllers<br>• PERC H965e<br>• HBA355e<br><br>Internal Boot<br>• Boot Optimized Storage Subsystem (BOSS-N1): HWRAID 2 x M.2 NVMe SSD<br>• USB<br><br>Software RAID<br>• S160<br><br>SAS Host Bus Adapters (HBA)<br>• HBA355i<br><br>R860 Installation and Service Manual, 9.<br><br>Working with the Dell PowerEdge RAID controllers — For information about understanding the features of the Dell PowerEdge RAID controllers (PERC), Software RAID controllers, or BOSS card and deploying the cards, see the Storage controller documentation. — www.dell.com/storagecontrollermanuals<br><br>R940 Installation and Service Manual, 25. |
| [b] when a failed disk drive among said disk drives constituting said | The Exemplary Dell '544 Products rebuild data in said replacement disk drive from the backed-up data in the backup storage device while simultaneously providing other devices with access to the disk drives that have not failed, when a failed disk drive among said disk drives constituting said disk array is replaced with a replacement disk drive. |

| Claim 13 | Exemplary Dell '544 Products: Dell PowerEdge Rack Servers (14th, 15th, and 16th Generations[1]) That Use Dell PowerEdge RAID Controllers[2] |
|---|---|
| disk array is replaced with a replacement disk drive, rebuilding data in said replacement disk drive from the backed-up data in the backup storage device while simultaneously providing other devices with access to the disk drives that have not failed. | *See, e.g.,:*  Dell Community post entitled "perc 5/i returning global hot spare to hot spare after it took over for failed 0:0."[17] |

---

[17]   Available at https://www.dell.com/community/en/conversations/poweredge-hddscsiraid/perc-5i-returning-global-hot-spare-to-hot-spare-after-it-took-over-for-failed-00/647f2893f4ccf8a8ded2b656.

| Claim 13 | Exemplary Dell '544 Products: Dell PowerEdge Rack Servers (14th, 15th, and 16th Generations[1]) That Use Dell PowerEdge RAID Controllers[2] |
|---|---|
| | Article Number: 000178190                                                  Print |
| | Dell PowerEdge: How to Assign a Hard Drive in Global Hot Spare. |
| | Summary: Various ways your online virtual disk can be reconfigured to expand its capacity or changes its RAID level. |
| | Article Content |
| | Symptoms |
| | Note: This article is part of the Server Tutorials: 'RAID and Disks' available in KB article 131039: PowerEdge Tutorials: Physical Disks and RAID Controller (PERC) on Servers . |
| | A global hot spare is an unused backup disk that is part of the disk group. Hot spares remain in standby mode. When a hard drive that is used in a virtual disk fails, the assigned hot spare is activated to replace the failed hard drive without interrupting the system or requiring your intervention. When a hot spare is activated, it rebuilds the data for all redundant virtual disks that were using the failed hard drive. |
| | You can change the hot spare assignment by unassigning a disk and choosing another disk as needed. You can also assign more than one hard drive as a global hot spare. |
| | "Dell PowerEdge: How to Assign a Hard Drive in Global Hot Spare," 1. |
| | ## Physical disk failure detection |
| | Physical disk failure is detected and the controller automatically rebuilds a new physical disk assigned as a hot spare. |
| | (i) NOTE: Refer to drive mixing restrictions for rebuilding. |
| | S160 User's Guide, 11. |

| Claim 13 | Exemplary Dell '544 Products: Dell PowerEdge Rack Servers (14th, 15th, and 16th Generations[1]) That Use Dell PowerEdge RAID Controllers[2] |
|---|---|
| | **Mirror rebuilding**<br><br>A RAID mirror configuration can be rebuilt after a new physical disk is inserted and the physical disk is designated as a hot spare.<br><br>ⓘ **NOTE:** The system does not have to be rebooted.<br><br>**Fault tolerance**<br><br>The following fault tolerance features are available with the PERC S160:<br>• Physical disk failure detection (automatic).<br>• Virtual disk rebuild using hot spares (automatic, if the hot spare is configured for this feature).<br>• Parity generation and checking (RAID 5 only).<br>• Hot-swap manual replacement of a physical disk without rebooting the system (only for systems with a backplane that allows hot-swapping).<br>If one side of a RAID 1 (mirror) fails, data can be rebuilt by using the physical disk on the other side of the mirror.<br>If a physical disk in RAID 5 fails, parity data exists on the remaining physical disks, which can be used to restore the data to a new replacement physical disk configured as a hot spare.<br>If a physical disk fails in RAID 10, the virtual disk remains functional and data is read from the surviving mirrored physical disk(s). A single disk failure in each mirrored set can be sustained, depending on how the mirrored set fails.<br>S160 User's Guide, 12.<br><br>**Automatic virtual disk rebuild**<br><br>Rebuilds a redundant virtual disk when a failure is detected if a hot spare is assigned for this capability.<br>S160 User's Guide, 15. |

| Claim 13 | Exemplary Dell '544 Products: Dell PowerEdge Rack Servers (14th, 15th, and 16th Generations[1]) That Use Dell PowerEdge RAID Controllers[2] |
|----------|------------------------------------------------------------------------------------------------------------------------------------------|
| | ## Assigning the global hot spare disks<br><br>A global hot spare disk is a backup physical disk that can be used by any redundant virtual disk. It is not assigned (dedicated) to any specific virtual disk. Virtual disks can typically be rebuilt by using a global spare disk, as long as the global hot spare is not already part of the virtual disk and has enough available capacity. Unlike a dedicated hot spare, a global hot spare can be assigned at anytime, even while tasks are running on virtual disks.<br><br>ⓘ **NOTE:** A hot spare can be created only if a physical disk is in the **Ready** or **Normal** state in the **Physical Disks** field. If the physical disk is in the **Online** state, the disk is being used by a virtual disk and cannot be selected as a hot spare.<br><br>ⓘ **NOTE:** If disk space is available in the global hot spare drive then a single global hot spare can be assigned as a hot spare to multiple degraded virtual drives. Therefore, it is possible for the same global hot spare to become part of different degraded virtual drives that have different RAID levels.<br><br>Perform the following procedure to assign a global hot spare disk:<br>1. Enter the **BIOS Configuration utility**. See Entering the BIOS configuration utility.<br>2. In the **Main Menu** screen, select the **Manage Hot Spare** and press <Enter>.<br>3. Select **Assign Global Hot Spare(s)**. Press <Enter>.<br>4. Use the up or down arrow key to select a physical disk(s) to be used as a global hot spare(s). Press <Insert>.<br>5. Press <Enter> to add the global hot spare.<br>6. Press the <C> key to confirm the action.<br><br>S160 User's Guide, 21. |

| Claim 13 | Exemplary Dell '544 Products: Dell PowerEdge Rack Servers (14th, 15th, and 16th Generations[1]) That Use Dell PowerEdge RAID Controllers[2] |
|---|---|
| | ## Mirror rebuilding |
| | A RAID mirror configuration can be rebuilt after a new physical disk is inserted and the physical disk is designated as a hot spare. |
| | (i) **NOTE:** The system does not have to be rebooted. |
| | ## Fault tolerance |
| | The following fault tolerance features are available with the PERC S150: |
| | - Physical disk failure detection (automatic). |
| | - Virtual disk rebuild using hot spares (automatic, if the hot spare is configured for this feature). |
| | - Parity generation and checking (RAID 5 only). |
| | - Hot-swap manual replacement of a physical disk without rebooting the system (only for systems with a backplane that allows hot-swapping). |
| | If one side of a RAID 1 (mirror) fails, data can be rebuilt by using the physical disk on the other side of the mirror. |
| | If a physical disk in RAID 5 fails, parity data exists on the remaining physical disks, which can be used to restore the data to a new replacement physical disk configured as a hot spare. |
| | If a physical disk fails in RAID 10, the virtual disk remains functional and data is read from the surviving mirrored physical disk(s). A single disk failure in each mirrored set can be sustained, depending on how the mirrored set fails. |
| | S150 User's Guide, 12. |
| | ## Automatic virtual disk rebuild |
| | Rebuilds a redundant virtual disk automatically when a failure is detected if a hot spare is assigned for this capability. |
| | S150 User's Guide, 16. |
| | ## Mirror rebuilding |
| | A RAID mirror configuration can be rebuilt after a new physical disk is inserted and the physical disk is designated as a hot spare. |
| | S140 User's Guide, "Mirror Rebuilding", 1. |

44

| Claim 13 | Exemplary Dell '544 Products: Dell PowerEdge Rack Servers (14th, 15th, and 16th Generations[1]) That Use Dell PowerEdge RAID Controllers[2] |
|---|---|
| | ## Dell PowerEdge RAID Controller S140 User's Guide<br><br>### Fault tolerance<br><br>The following fault tolerance features are available with the PERC S140: If one side of a RAID 1 (mirror) fails, data can be rebuilt by using the physical disk on the other side of the mirror.<br><br>• Physical disk failure detection (automatic).<br>• Virtual disk rebuild using hot spares (automatic, if the hot spare is configured for this feature).<br>• Parity generation and checking (RAID 5 only).<br>• Hot-swap manual replacement of a physical disk without rebooting the system (only for systems with a backplane that allows hot-swapping).<br><br>If a physical disk in RAID 5 fails, parity data exists on the remaining physical disks, which can be used to restore the data to a new replacement physical disk configured as a hot spare.<br><br>If a physical disk fails in RAID 10, the virtual disk remains functional and data is read from the surviving mirrored physical disk(s). A single disk failure in each mirrored set can be sustained, depending on how the mirrored set fails.<br><br>S140 User's Guide, "Fault Tolerance", 1.<br><br>### Automatic virtual disk rebuild<br><br>Rebuilds a redundant virtual disk automatically when a failure is detected if a hot spare is assigned for this capability.<br><br>S140 User's Guide, "Automatic Virtual Disk Rebuild"[18], 1. |

---

[18]   Available at https://www.dell.com/support/manuals/en-us/poweredge-rc-s140/s140_ug/automatic-virtual-disk-rebuild?guid=guid-a4195442-08fb-449c-8631-bccc16aad69f&lang=en-us.

| Claim 13 | Exemplary Dell '544 Products: Dell PowerEdge Rack Servers (14th, 15th, and 16th Generations[1]) That Use Dell PowerEdge RAID Controllers[2] |
|---|---|
| | ## Understanding RAID concepts<br><br>Storage Management uses the Redundant Array of Independent Disks (RAID) technology to provide Storage Management capability. Understanding Storage Management requires an understanding of RAID concepts, as well as some familiarity with how the RAID controllers and operating system view disk space on your system.<br><br>## What is RAID<br><br>RAID is a technology for managing the storage of data on the physical disks that reside or are attached to the system. A key aspect of RAID is the ability to span physical disks so that the combined storage capacity of multiple physical disks can be treated as a single, extended disk space. Another key aspect of RAID is the ability to maintain redundant data which can be used to restore data in the event of a disk failure. RAID uses different techniques, such as striping, mirroring, and parity, to store and reconstruct data. There are different RAID levels that use different methods for storing and reconstructing data. The RAID levels have different characteristics in terms of read/write performance, data protection, and storage capacity. Not all RAID levels maintain redundant data, which means for some RAID levels lost data cannot be restored. The RAID level you choose depends on whether your priority is performance, protection, or storage capacity.<br><br>ⓘ **NOTE:** The RAID Advisory Board (RAB) defines the specifications used to implement RAID. Although RAB defines the RAID levels, commercial implementation of RAID levels by different vendors may vary from the actual RAID specifications. An implementation of a particular vendor may affect the read and write performance and the degree of data redundancy.<br><br>## Hardware and software RAID<br><br>RAID can be implemented with either hardware or software. A system using hardware RAID has a RAID controller that implements the RAID levels and processes data reads and writes to the physical disks. When using software RAID provided by the operating system, the operating system implements the RAID levels. For this reason, using software RAID by itself can slow the system performance. You can, however, use software RAID along with hardware RAID volumes to provide better performance and variety in the configuration of RAID volumes. For example, you can mirror a pair of hardware RAID 5 volumes across two RAID controllers to provide RAID controller redundancy.<br><br>Integrated Dell Remote Access Controller 9 User's Guide, 226. |

| Claim 13 | Exemplary Dell '544 Products: Dell PowerEdge Rack Servers (14th, 15th, and 16th Generations[1]) That Use Dell PowerEdge RAID Controllers[2] |
|---|---|
| | **RAID concepts**<br><br>RAID uses particular techniques for writing data to disks. These techniques enable RAID to provide data redundancy or better performance. These techniques include:<br><br>• Mirroring — Duplicating data from one physical disk to another physical disk. Mirroring provides data redundancy by maintaining two copies of the same data on different physical disks. If one of the disks in the mirror fails, the system can continue to operate using the unaffected disk. Both sides of the mirror contain the same data always. Either side of the mirror can act as the operational side. A mirrored RAID disk group is comparable in performance to a RAID 5 disk group in read operations but faster in write operations.<br>• Striping — Disk striping writes data across all physical disks in a virtual disk. Each stripe consists of consecutive virtual disk data addresses that are mapped in fixed-size units to each physical disk in the virtual disk using a sequential pattern. For example, if the virtual disk includes five physical disks, the stripe writes data to physical disks one through five without repeating any of the physical disks. The amount of space consumed by a stripe is the same on each physical disk. The portion of a stripe that resides on a physical disk is a stripe element. Striping by itself does not provide data redundancy. Striping in combination with parity does provide data redundancy.<br>• Stripe size — The total disk space consumed by a stripe not including a parity disk. For example, consider a stripe that contains 64KB of disk space and has 16KB of data residing on each disk in the stripe. In this case, the stripe size is 64KB and the stripe element size is 16KB.<br>• Stripe element — A stripe element is the portion of a stripe that resides on a single physical disk.<br>• Stripe element size — The amount of disk space consumed by a stripe element. For example, consider a stripe that contains 64KB of disk space and has 16KB of data residing on each disk in the stripe. In this case, the stripe element size is 16KB and the stripe size is 64KB.<br>• Parity — Parity refers to redundant data that is maintained using an algorithm in combination with striping. When one of the striped disks fails, the data can be reconstructed from the parity information using the algorithm.<br>• Span — A span is a RAID technique used to combine storage space from groups of physical disks into a RAID 10, 50, or 60 virtual disk.<br><br>Integrated Dell Remote Access Controller 9 User's Guide, 226-227. |

| Claim 13 | Exemplary Dell '544 Products: Dell PowerEdge Rack Servers (14th, 15th, and 16th Generations[1]) That Use Dell PowerEdge RAID Controllers[2] |
|---|---|
| | **RAID levels**<br><br>Each RAID level uses some combination of mirroring, striping, and parity to provide data redundancy or improved read and write performance. For specific information on each RAID level, see Choosing raid levels.<br><br>**Organizing data storage for availability and performance**<br><br>RAID provides different methods or RAID levels for organizing the disk storage. Some RAID levels maintain redundant data so that you can restore data after a disk failure. Different RAID levels also entail an increase or decrease in the I/O (read and write) performance of a system.<br><br>Maintaining redundant data requires the use of additional physical disks. The possibility of a disk failure increases with an increase in the number of disks. Since the differences in I/O performance and redundancy, one RAID level may be more appropriate than another based on the applications in the operating environment and the nature of the data being stored.<br><br>When choosing a RAID level, the following performance and cost considerations apply:<br><br>● **Availability or fault-tolerance** — Availability or fault-tolerance refers to the ability of a system to maintain operations and provide access to data even when one of its components has failed. In RAID volumes, availability or fault-tolerance is achieved by maintaining redundant data. Redundant data includes mirrors (duplicate data) and parity information (reconstructing data using an algorithm).<br>● **Performance** — Read and write performance can be increased or decreased depending on the RAID level you choose. Some RAID levels may be more appropriate for particular applications.<br>● **Cost efficiency** — Maintaining the redundant data or parity information associated with RAID volumes requires additional disk space. In situations where the data is temporary, easily reproduced, or non-essential, the increased cost of data redundancy may not be justified.<br>● **Mean Time Between Failure (MTBF)** — Using additional disks to maintain data redundancy also increases the chance of disk failure at any given moment. Although this option cannot be avoided in situations where redundant data is a requirement, it does have implications on the workload of the system support staff within your organization.<br>● **Volume** — Volume refers to a single disk non-RAID virtual disk. You can create volumes using external utilities like the O-ROM <Ctrl> <r>. Storage Management does not support the creation of volumes. However, you can view volumes and use drives from these volumes for creation of new virtual disks or Online Capacity Expansion (OCE) of existing virtual disks, provided free space is available.<br><br>Integrated Dell Remote Access Controller 9 User's Guide, 227. |