# Exhibit 9

**Illustrative Claim Chart for U.S. Patent No. 9,482,632**

| Claim 1 | Exemplary Dell Servers |
|---|---|
| [Preamble] An abnormality detection device for detecting an abnormality in Information and Communication Technology (ICT) equipment having a cooling fan, the abnormality detection device comprising: | Dell PowerEdge servers are information and communication technology equipment having a cooling fan.<br><br>*See, e.g.,*<br><br><br><br>**PowerEdge R6615**<br><br>Powerful performance per investment dollar<br><br>The new Dell PowerEdge R6615 is a 1U, single-socket rack server. Designed to be the best investment per dollar for your data center, this server provides performance and flexible, low-latency storage options in an air or Direct Liquid Cooling (DLC) configuration.<br><br><table><tr><td>Fans</td><td>• Standard (STD) fans/High performance GOLD (VHP) fans<br>• Up to 4 sets (dual fan module) hot plug fans</td></tr></table><br>https://www.delltechnologies.com/asset/en-us/products/servers/technical-support/poweredge-r6615-spec-sheet.pdf<br><br>For example, each PowerEdge server has an integrated Dell Remote Access Controller (iDRAC) for remote server administration, including detecting an abnormality. |

| Claim 1 | Exemplary Dell Servers |
|---|---|
|  |  |

**Full Access Management of PowerEdge Servers**

**Modernize with Dell PowerEdge portfolio**

The integrated Dell Remote Access Controller (iDRAC) delivers advanced, agent-free local and remote server administration. The iDRAC provides a secure means to automate a multitude of management tasks. Given that iDRAC is embedded in every PowerEdge server, there's no additional software to install. Once iDRAC has been enabled, you will have a complete set of server management features at your fingertips.

https://www.delltechnologies.com/asset/en-us/solutions/infrastructure-solutions/briefs-summaries/integrated_dellemc_remote_access_controller.pdf?ref=cpcl_open-manage-idrac-cta-content-item-30_cta_link_readbrief

The iDRAC controller is a piece of hardware integrated on the motherboard of the server, and as well as other BMC solutions, has its own processor, memory, network connection, and access to the system bus. The iDRAC provides remote access to the system console (keyboard and screen), allowing the system BIOS to be accessed over the Internet when the server is rebooted.  Key features of iDRAC include power management, virtual media access, and remote console capabilities. These features give administrators the ability to configure a machine as if they were sitting in front of the local console.

https://www.storagereview.com/review/dell-emc-idrac-9-and-lifecycle-controller-review

| Claim 1 | Exemplary Dell Servers |
|---|---|
| | **iDRAC9 Features and Benefits** |
| | **Features** / **Benefits** |
| | Telemetry Streaming — Perform deep analysis of server telemetry including CPU, GPU, SFP IO, power, thermals storage, networking, memory and more. Requires iDRAC9 Datacenter license. |
| | Thermal Manage — Customize thermal and airflow management at the rack and server level. Requires iDRAC9 Datacenter license. |
| | Automatic Certificate Enrollment — Automatic SSL certificate enrollment and renewal of the iDRAC self-signed certificated with a trusted CA certificate. Requires iDRAC9 Datacenter license. |
| | Zero touch deployment and provisioning — Automatically configure PowerEdge servers when they are initially connected to your network. This process uses a Server Configuration Profile to set hardware, update firmware, and install OS. Requires iDRAC9 Enterprise or Datacenter license. |
| | Virtual Clipboard — Provides an easy to enter complex passwords and more in the HTML5 vConsole. Users can copy text/passwords to local clipboard and paste into remote console view. Requires iDRAC9 Datacenter license. |
| | Connection View — iDRAC sends standard LLDP packets to external switches, which provides the option to discover iDRACs on the network. iDRAC sends two types of LLDP packets to the outbound network; Topology and Discovery. Also, iDRAC can also display switch and port information. |
| | System Lockdown — Helps to prevent configuration or firmware changes to a server when using Dell tools and even vendor tools for selected network cards. Requires iDRAC Enterprise or Datacenter license. |
| | RSA SecurID 2FA — Add the RSA SecurID client software into iDRAC to provide native support for RSA 2FA solutions. Requires Datacenter license. |
| | DRAC RESTful API — With this API, iDRAC enables support for the Redfish standard and enhances it with Dell extensions. |
| | Cipher Select — Cipher Select is an advanced user setting where the user can choose to block undesired ciphers negotiated by iDRAC, providing increased security. |
| | Secured Component Verification — Secured Component Verification (SCV) is a Supply chain assurance offering that enables Dell customers to verify that a PowerEdge server received by the customer matches what was manufactured in the factory. |
| | System Erase — With proper authentication, administrators can securely erase data from local storage (HDDs, SSDs, NVMes). |
| | iDRAC Direct — Secure front-panel USB connection to iDRAC web interface, which eliminates the need for crash carts or a trip to the hot aisle of your data center. You can use the same port to insert a USB key to upload new system profile for secure, rapid system configuration. |
| | https://www.delltechnologies.com/asset/en-us/solutions/infrastructure-solutions/briefs-summaries/integrated_dellemc_remote_access_controller.pdf?ref=cpcl_open-manage-idrac-cta-content-item-30_cta_link_readbrief |
| [a] a hardware processor comprising: | The Dell PowerEdge servers with iDRAC controllers have a hardware processor. *See, e.g.,* |

| Claim 1 | Exemplary Dell Servers |
|---|---|
| | ## PowerEdge R6615<br><br>### Powerful performance per investment dollar<br><br>The new Dell PowerEdge R6615 is a 1U, single-socket rack server. Designed to be the best investment per dollar for your data center, this server provides performance and flexible, low-latency storage options in an air or Direct Liquid Cooling (DLC) configuration.<br><br>| **Feature** | **Technical Specifications** |<br>|---|---|<br>| Processor | One AMD EPYC 4th Generation 9004 Series with up to 128 cores |<br><br>https://www.delltechnologies.com/asset/en-us/products/servers/technical-support/poweredge-r6615-spec-sheet.pdf<br><br>The iDRAC controller is a piece of hardware integrated on the motherboard of the server, and as well as other BMC solutions, has its own processor, memory, network connection, and access to the system bus. The iDRAC provides remote access to the system console (keyboard and screen), allowing the system BIOS to be accessed over the Internet when the server is rebooted.  Key features of iDRAC include power management, virtual media access, and remote console capabilities. These features give administrators the ability to configure a machine as if they were sitting in front of the local console.<br><br>https://www.storagereview.com/review/dell-emc-idrac-9-and-lifecycle-controller-review |
| [b] an estimating unit configured to estimate an upper limit of possible temperatures in a predetermined position of ICT equipment when a quantity of intake air into the ICT equipment is | The Dell PowerEdge servers with iDRAC controllers have an estimating unit configured to estimate an upper limit of possible temperatures in a predetermined position of a PowerEdge server when a quantity of intake air into the server is appropriate.<br><br>*See, e.g.,* |

| Claim 1 | Exemplary Dell Servers |
|---|---|
| appropriate, based on a result of detection by an operational status detecting unit that detects an operational status of the ICT equipment and a result of detection by an intake-air temperature sensor that detects an intake air temperature of intake air of the ICT equipment, | **iDRAC9 Features and Benefits**<br><br>**Features** — **Benefits**<br><br>**Telemetry Streaming** — Perform deep analysis of server telemetry including CPU, GPU, SFP IO, power, thermals storage, networking, memory and more. Requires iDRAC9 Datacenter license.<br><br>**Thermal Manage** — Customize thermal and airflow management at the rack and server level. Requires iDRAC9 Datacenter license.<br><br>**Automatic Certificate Enrollment** — Automatic SSL certificate enrollment and renewal of the iDRAC self-signed certificated with a trusted CA certificate. Requires iDRAC9 Datacenter license.<br><br>**Zero touch deployment and provisioning** — Automatically configure PowerEdge servers when they are initially connected to your network. This process uses a Server Configuration Profile to set hardware, update firmware, and install OS. Requires iDRAC9 Enterprise or Datacenter license.<br><br>**Virtual Clipboard** — Provides an easy to enter complex passwords and more in the HTML5 vConsole. Users can copy text/passwords to local clipboard and paste into remote console view. Requires iDRAC9 Datacenter license.<br><br>**Connection View** — iDRAC sends standard LLDP packets to external switches, which provides the option to discover iDRACs on the network. iDRAC sends two types of LLDP packets to the outbound network; Topology and Discovery. Also, iDRAC can also display switch and port information.<br><br>**System Lockdown** — Helps to prevent configuration or firmware changes to a server when using Dell tools and even vendor tools for selected network cards. Requires iDRAC Enterprise or Datacenter License.<br><br>**RSA SecurID 2FA** — Add the RSA SecurID client software into iDRAC to provide native support for RSA 2FA solutions. Requires Datacenter license.<br><br>**DRAC RESTful API** — With this API, iDRAC enables support for the Redfish standard and enhances it with Dell extensions.<br><br>**Cipher Select** — Cipher Select is an advanced user setting where the user can choose to block undesired ciphers negotiated by iDRAC, providing increased security.<br><br>**Secured Component Verification** — Secured Component Verification (SCV) is a Supply chain assurance offering that enables Dell customers to verify that a PowerEdge server received by the customer matches what was manufactured in the factory.<br><br>**System Erase** — With proper authentication, administrators can securely erase data from local storage (HDDs, SSDs, NVMes).<br><br>**iDRAC Direct** — Secure front-panel USB connection to iDRAC web interface, which eliminates the need for crash carts or a trip to the hot aisle of your data center. You can use the same port to insert a USB key to upload new system profile for secure, rapid system configuration.<br><br>https://www.delltechnologies.com/asset/en-us/solutions/infrastructure-solutions/briefs-summaries/integrated_dellemc_remote_access_controller.pdf?ref=cpcl_open-manage-idrac-cta-content-item-30_cta_link_readbrief<br><br>"Thermal Manage" includes "Custom Delta-T" and "Exhaust Temperature Control." |

| Claim 1 | Exemplary Dell Servers |
|---------|------------------------|
| |  https://infohub.delltechnologies.com/en-US/p/thermal-manage-features-and-benefits/ |

| Claim 1 | Exemplary Dell Servers |
|---|---|
| | For example, the iDRAC controller has an operational status detecting unit that detects an operational status of a PowerEdge server and a result of detection by an intake-air temperature sensor that detects an intake air temperature of intake air of the server.  Dell PowerEdge servers have thermal sensors, including sensors that measure system inlet and exhaust temperatures.<br><br>**Multi-Vector Cooling**<br><br>Multi-Vector Cooling implements multi-prong approach to Thermal Controls in Dell EMC Server Platforms. You can configure multi-vector cooling options through iDRAC web interface by navigating to **Configuration** > **System Settings** > **Hardware Settings** > **Fan Configuration**. It includes (but not limited to):<br><br>· Large set of sensors (thermal, power, inventory etc.) that allows accurate interpretation of real-time system thermal state at various locations within the server. It displays only a small subset of sensors that are relevant to users need based on the configuration.<br>· Intelligent and adaptive closed loop control algorithm optimizes fan response to maintain component temperatures. It also conserves fan power, airflow consumption, and acoustics.<br>· Using fan zone mapping, cooling can be initiated for the components when it requires. Thus, it results maximum performance without compromising the efficiency of power utilization.<br>· Accurate representation of slot by slot PCIe airflow in terms of LFM metric (Linear Feet per Minute - an accepted industry standard on how PCIe card airflow requirement is specified). Display of this metric in various iDRAC interfaces allows user to:<br><br>   1. know the maximum LFM capability of each slot within the server.<br>   2. know what approach is being taken for PCIe cooling for each slot (airflow controlled, temperature controlled).<br>   3. know the minimum LFM being delivered to a slot, if the card is a 3rd Party Card (user defined custom card).<br>   4. dial in custom minimum LFM value for the 3rd Party Card allowing more accurate definition of the card cooling needs for which the user is better aware of through their custom card specification.<br><br>· Displays real-time system airflow metric (CFM, cubic feet per minute) in various iDRAC interfaces to the user to enable datacenter airflow balancing based on aggregation of per server CFM consumption.<br>· Allows custom thermal settings like Thermal Profiles (Maximum Performance vs. Maximum Performance per Watt, Sound Cap), custom fan speed options (minimum fan speed, fan speed offsets) and custom Exhaust Temperature settings.<br><br>https://dl.dell.com/topicspdf/idrac9-lifecycle-controller-v33-series_users-guide7_en-us.pdf |

| Claim 1 | Exemplary Dell Servers |
|---------|------------------------|
|         | ## Viewing sensor information

The following sensors help to monitor the health of the managed system:

· **Batteries** — Provides information about the batteries on the system board CMOS and storage RAID On Motherboard (ROMB).

  ⓘ **NOTE: The Storage ROMB battery settings are available only if the system has a ROMB with a battery.**

· **Fan** (available only for rack and tower servers) — Provides information about the system fans — fan redundancy and fans list that display fan speed and threshold values.

100     Viewing iDRAC and managed system information

· **CPU** — Indicates the health and state of the CPUs in the managed system. It also reports processor automatic throttling and predictive failure.
· **Memory** — Indicates the health and state of the Dual In-line Memory Modules (DIMMs) present in the managed system.
· **Intrusion** — Provides information about the chassis.
· **Power Supplies** (available only for rack and tower servers) — Provides information about the power supplies and the power supply redundancy status.

  ⓘ **NOTE: If there is only one power supply in the system, the power supply redundancy is set to Disabled.**

· **Removable Flash Media** — Provides information about the Internal SD Modules; vFlash and Internal Dual SD Module (IDSDM).

  · When IDSDM redundancy is enabled, the following IDSDM sensor status is displayed — IDSDM Redundancy Status, IDSDM SD1, IDSDM SD2. When redundancy is disabled, only IDSDM SD1 is displayed.
  · If IDSDM redundancy is initially disabled when the system is powered on or after an iDRAC reset, the IDSDM SD1 sensor status is displayed only after a card is inserted.
  · If IDSDM redundancy is enabled with two SD cards present in the IDSDM, and the status of one SD card is online while the status of the other card is offline. A system reboot is required to restore redundancy between the two SD cards in the IDSDM. After the redundancy is restored, the status of both the SD cards in the IDSDM is online.
  · During the rebuilding operation to restore redundancy between two SD cards present in the IDSDM, the IDSDM status is not displayed since the IDSDM sensors are powered off.

    ⓘ **NOTE: If the host system is rebooted during IDSDM rebuild operation, the iDRAC does not display the IDSDM information. To resolve this, rebuild IDSDM again or reset the iDRAC.**

  · System Event Logs (SEL) for a write-protected or corrupt SD card in the IDSDM module are not repeated until they are cleared by replacing the SD card with a writable or good SD card, respectively.
· **Temperature** — Provides information about the system board inlet temperature and exhaust temperature (only applies to rack servers). The temperature probe indicates whether the status of the probe is within the preset warning and critical threshold value.
· **Voltage** — Indicates the status and reading of the voltage sensors on various system components.

https://dl.dell.com/topicspdf/idrac9-lifecycle-controller-v33-series_users-guide7_en-us.pdf |

| Claim 1 | Exemplary Dell Servers |
|---------|------------------------|
| | For example, the iDRAC controller allows users to modify thermal settings, including setting temperature limits.<br><br>## Modifying thermal settings using iDRAC web interface<br><br>To modify the thermal settings:<br><br>1. In the iDRAC Web interface, go to **Configuration** > **System Settings** > **Hardware Settings** > **Cooling Configuration**.<br>2. Specify the following:<br><br>  · **Thermal Profile Optimization** — Select the thermal profile:<br><br>    · **Default Thermal Profile Settings (Minimum Power)** — Implies that the thermal algorithm uses the same system profile settings that is defined under **System BIOS** > **System BIOS Settings** > **System Profile Settings** page.<br><br>  By default, this option is set to **Default Thermal Profile Settings**. You can also select a custom algorithm, which is independent of the BIOS profile. The options available are:<br><br>    · **Maximum Performance (Performance Optimized)** :<br><br>      · Reduced probability of memory or CPU throttling.<br>      · Increased probability of turbo mode activation.<br>      · Generally, higher fan speeds at idle and stress loads.<br>    · **Minimum Power (Performance per Watt Optimized)**:<br><br>      · Optimized for lowest system power consumption based on optimum fan power state.<br>      · Generally, lower fan speeds at idle and stress loads.<br>    · **Sound Cap** — Sound Cap provides reduced acoustical output from a server at the expense of some performance. Enabling Sound Cap may include temporary deployment or evaluation of a server in an occupied space, but it should not be used during benchmarking or performance sensitive applications.<br><br>  (i) **NOTE: Selecting Maximum Performance or Minimum Power, overrides thermal settings associated to System Profile setting under System BIOS > System BIOS Settings.System Profile Settings page.**<br><br>  · **Maximum Exhaust Temperature Limit** — From the drop-down menu, select the maximum exhaust air temperature. The values are displayed based on the system.<br><br>  The default value is **Default, 70ºC (158 ºF)**.<br><br>  This option allows the system fans speeds to change such that the exhaust temperature does not exceed the selected exhaust temperature limit. This cannot always be guaranteed under all system operating conditions due to dependency on system load and system cooling capability.<br><br>https://dl.dell.com/topicspdf/idrac9-lifecycle-controller-v33-series_users_guide7_en-us.pdf |

| Claim 1 | Exemplary Dell Servers |
|---|---|
|  | · **Thresholds**<br><br>   · **Maximum PCIe Inlet Temperature Limit** — Default value is 55ºC. Select the lower temperature of 45ºC for third party PCIe cards which require lower inlet temperature.<br>   · **Exhaust Temperature Limits** — By modifying the values for the following you can set the exhaust temperature limits:<br><br>Setting up managed system   53<br><br>   · **Set Maximum Exhaust Temperature Limit**<br>   · **Set Air Temperature Rise Limit**<br> · **Minimum Fan Speed in PWM (% of Max)** — Select this option to fine tune the fan speed. Using this option, you can set a higher baseline system fan speed or increase the system fan speed if other custom fan speed options are not resulting in the required higher fan speeds.<br><br>   · **Default** — Sets minimum fan speed to default value as determined by the system cooling algorithm.<br>   · **Custom** — Enter the percentage by which you want to change the fan speed. Range is between 9-100.<br><br>The allowable range for minimum fan speed PWM is dynamic based on the system configuration. The first value is the idle speed and the second value is the configuration max (Depending on the system configuration, the maximum speed may be up to 100%.).<br><br>System fans can run higher than this speed as per thermal requirements of the system but not lower than the defined minimum speed. For example, setting Minimum Fan Speed at 35% limits the fan speed to never go lower than 35% PWM.<br><br>https://dl.dell.com/topicspdf/idrac9-lifecycle-controller-v33-series_users_guide7_en-us.pdf |
| [c] wherein the operational status of the ICT equipment and the intake air temperature of the ICT equipment determines a | The Dell PowerEdge servers with iDRAC controllers are information and communication technology equipment having a cooling fan.<br><br>*See, e.g.,* |

| Claim 1 | Exemplary Dell Servers |
|---|---|
| rotation speed of the cooling fan; and |  **PowerEdge R6615** **Powerful performance per investment dollar** The new Dell PowerEdge R6615 is a 1U, single-socket rack server. Designed to be the best investment per dollar for your data center, this server provides performance and flexible, low-latency storage options in an air or Direct Liquid Cooling (DLC) configuration. |

| Fans | • Standard (STD) fans/High performance GOLD (VHP) fans |
|---|---|
|  | • Up to 4 sets (dual fan module) hot plug fans |

https://www.delltechnologies.com/asset/en-us/products/servers/technical-support/poweredge-r6615-spec-sheet.pdf

For example, Dell PowerEdge servers have thermal sensors, including sensors that measure system inlet and exhaust temperatures.

| Claim 1 | Exemplary Dell Servers |
|---------|------------------------|
| | **Multi-Vector Cooling**<br><br>Multi-Vector Cooling implements multi-prong approach to Thermal Controls in Dell EMC Server Platforms. You can configure multi-vector cooling options through iDRAC web interface by navigating to **Configuration > System Settings > Hardware Settings > Fan Configuration**. It includes (but not limited to):<br><br>· Large set of sensors (thermal, power, inventory etc.) that allows accurate interpretation of real-time system thermal state at various locations within the server. It displays only a small subset of sensors that are relevant to users need based on the configuration.<br>· Intelligent and adaptive closed loop control algorithm optimizes fan response to maintain component temperatures. It also conserves fan power, airflow consumption, and acoustics.<br>· Using fan zone mapping, cooling can be initiated for the components when it requires. Thus, it results maximum performance without compromising the efficiency of power utilization.<br>· Accurate representation of slot by slot PCIe airflow in terms of LFM metric (Linear Feet per Minute - an accepted industry standard on how PCIe card airflow requirement is specified). Display of this metric in various iDRAC interfaces allows user to:<br><br>   **1.** know the maximum LFM capability of each slot within the server.<br>   **2.** know what approach is being taken for PCIe cooling for each slot (airflow controlled, temperature controlled).<br>   **3.** know the minimum LFM being delivered to a slot, if the card is a 3rd Party Card (user defined custom card).<br>   **4.** dial in custom minimum LFM value for the 3rd Party Card allowing more accurate definition of the card cooling needs for which the user is better aware of through their custom card specification.<br><br>· Displays real-time system airflow metric (CFM, cubic feet per minute) in various iDRAC interfaces to the user to enable datacenter airflow balancing based on aggregation of per server CFM consumption.<br>· Allows custom thermal settings like Thermal Profiles (Maximum Performance vs. Maximum Performance per Watt, Sound Cap), custom fan speed options (minimum fan speed, fan speed offsets) and custom Exhaust Temperature settings.<br><br>https://dl.dell.com/topicspdf/idrac9-lifecycle-controller-v33-series_users-guide7_en-us.pdf |

| Claim 1 | Exemplary Dell Servers |
|---|---|
| | ## Viewing sensor information<br><br>The following sensors help to monitor the health of the managed system:<br><br>· **Batteries** — Provides information about the batteries on the system board CMOS and storage RAID On Motherboard (ROMB).<br><br>  ⓘ NOTE: The Storage ROMB battery settings are available only if the system has a ROMB with a battery.<br><br>· **Fan** (available only for rack and tower servers) — Provides information about the system fans — fan redundancy and fans list that display fan speed and threshold values.<br><br>100   Viewing iDRAC and managed system information<br><br>· **CPU** — Indicates the health and state of the CPUs in the managed system. It also reports processor automatic throttling and predictive failure.<br>· **Memory** — Indicates the health and state of the Dual In-line Memory Modules (DIMMs) present in the managed system.<br>· **Intrusion** — Provides information about the chassis.<br>· **Power Supplies** (available only for rack and tower servers) — Provides information about the power supplies and the power supply redundancy status.<br><br>  ⓘ NOTE: If there is only one power supply in the system, the power supply redundancy is set to Disabled.<br><br>· **Removable Flash Media** — Provides information about the Internal SD Modules; vFlash and Internal Dual SD Module (IDSDM).<br>  · When IDSDM redundancy is enabled, the following IDSDM sensor status is displayed — IDSDM Redundancy Status, IDSDM SD1, IDSDM SD2. When redundancy is disabled, only IDSDM SD1 is displayed.<br>  · If IDSDM redundancy is initially disabled when the system is powered on or after an iDRAC reset, the IDSDM SD1 sensor status is displayed only after a card is inserted.<br>  · If IDSDM redundancy is enabled with two SD cards present in the IDSDM, and the status of one SD card is online while the status of the other card is offline. A system reboot is required to restore redundancy between the two SD cards in the IDSDM. After the redundancy is restored, the status of both the SD cards in the IDSDM is online.<br>  · During the rebuilding operation to restore redundancy between two SD cards present in the IDSDM, the IDSDM status is not displayed since the IDSDM sensors are powered off.<br><br>    ⓘ NOTE: If the host system is rebooted during IDSDM rebuild operation, the iDRAC does not display the IDSDM information. To resolve this, rebuild IDSDM again or reset the iDRAC.<br><br>  · System Event Logs (SEL) for a write-protected or corrupt SD card in the IDSDM module are not repeated until they are cleared by replacing the SD card with a writable or good SD card, respectively.<br>· **Temperature** — Provides information about the system board inlet temperature and exhaust temperature (only applies to rack servers). The temperature probe indicates whether the status of the probe is within the preset warning and critical threshold value.<br>· **Voltage** — Indicates the status and reading of the voltage sensors on various system components.<br><br>https://dl.dell.com/topicspdf/idrac9-lifecycle-controller-v33-series_users-guide7_en-us.pdf |

13

| Claim 1 | Exemplary Dell Servers |
|---|---|
| | For example, the iDRAC controller allows users to modify thermal settings, including setting temperature limits and fan speed. |

For example, the iDRAC controller allows users to modify thermal settings, including setting temperature limits and fan speed.

# Modifying thermal settings using iDRAC web interface

To modify the thermal settings:

1. In the iDRAC Web interface, go to **Configuration** > **System Settings** > **Hardware Settings** > **Cooling Configuration**.
2. Specify the following:

- **Thermal Profile Optimization** — Select the thermal profile:

  - **Default Thermal Profile Settings (Minimum Power)** — Implies that the thermal algorithm uses the same system profile settings that is defined under **System BIOS** > **System BIOS Settings** > **System Profile Settings** page.

  By default, this option is set to **Default Thermal Profile Settings**. You can also select a custom algorithm, which is independent of the BIOS profile. The options available are:

  - **Maximum Performance (Performance Optimized)** :
    - Reduced probability of memory or CPU throttling.
    - Increased probability of turbo mode activation.
    - Generally, higher fan speeds at idle and stress loads.
  - **Minimum Power (Performance per Watt Optimized)**:
    - Optimized for lowest system power consumption based on optimum fan power state.
    - Generally, lower fan speeds at idle and stress loads.
  - **Sound Cap** — Sound Cap provides reduced acoustical output from a server at the expense of some performance. Enabling Sound Cap may include temporary deployment or evaluation of a server in an occupied space, but it should not be used during benchmarking or performance sensitive applications.

  (i) **NOTE:** Selecting Maximum Performance or Minimum Power, overrides thermal settings associated to System Profile setting under System BIOS > System BIOS Settings.System Profile Settings page.

- **Maximum Exhaust Temperature Limit** — From the drop-down menu, select the maximum exhaust air temperature. The values are displayed based on the system.

The default value is **Default, 70°C (158 °F)**.

This option allows the system fans speeds to change such that the exhaust temperature does not exceed the selected exhaust temperature limit. This cannot always be guaranteed under all system operating conditions due to dependency on system load and system cooling capability.

https://dl.dell.com/topicspdf/idrac9-lifecycle-controller-v33-series_users-guide7_en-us.pdf

| Claim 1 | Exemplary Dell Servers |
|---|---|
| | **Thresholds**<br><br>· **Maximum PCIe Inlet Temperature Limit** — Default value is 55ºC. Select the lower temperature of 45ºC for third party PCIe cards which require lower inlet temperature.<br>· **Exhaust Temperature Limits** — By modifying the values for the following you can set the exhaust temperature limits:<br><br>Setting up managed system          53<br><br><br><br>· **Set Maximum Exhaust Temperature Limit**<br>· **Set Air Temperature Rise Limit**<br>· **Minimum Fan Speed in PWM (% of Max)** — Select this option to fine tune the fan speed. Using this option, you can set a higher baseline system fan speed or increase the system fan speed if other custom fan speed options are not resulting in the required higher fan speeds.<br><br>· **Default** — Sets minimum fan speed to default value as determined by the system cooling algorithm.<br>· **Custom** — Enter the percentage by which you want to change the fan speed. Range is between 9-100.<br><br>The allowable range for minimum fan speed PWM is dynamic based on the system configuration. The first value is the idle speed and the second value is the configuration max (Depending on the system configuration, the maximum speed may be up to 100%.).<br><br>System fans can run higher than this speed as per thermal requirements of the system but not lower than the defined minimum speed. For example, setting Minimum Fan Speed at 35% limits the fan speed to never go lower than 35% PWM.<br><br>https://dl.dell.com/topicspdf/idrac9-lifecycle-controller-v33-series_users_guide7_en-us.pdf |

| Claim 1 | Exemplary Dell Servers |
|---|---|
| |  Figure 1    Illustration of how the fan speed offset increases the fan speed above the **baseline** (green line)<br><br>"Custom Cooling Fan Options for Dell EMC PowerEdge Servers" (October 2019) |
| [d] a determining unit configured to determine that an abnormality is occurring when a result of detection by a temperature sensor that detects a detected equipment temperature in the predetermined position is beyond the upper limit | The Dell PowerEdge servers with iDRAC controllers have a determining unit configured to determine that an abnormality is occurring when a result of detection by a temperature sensor that detects a detected equipment temperature in the predetermined position of a PowerEdge server is beyond the upper limit estimated by the estimating unit.<br><br>*See, e.g.,* |

| Claim 1 | Exemplary Dell Servers |
|---|---|
| estimated by the estimating unit. | ## Multi-Vector Cooling<br><br>Multi-Vector Cooling implements multi-prong approach to Thermal Controls in Dell EMC Server Platforms. You can configure multi-vector cooling options through iDRAC web interface by navigating to **Configuration** > **System Settings** > **Hardware Settings** > **Fan Configuration**. It includes (but not limited to):<br><br>· Large set of sensors (thermal, power, inventory etc.) that allows accurate interpretation of real-time system thermal state at various locations within the server. It displays only a small subset of sensors that are relevant to users need based on the configuration.<br>· Intelligent and adaptive closed loop control algorithm optimizes fan response to maintain component temperatures. It also conserves fan power, airflow consumption, and acoustics.<br>· Using fan zone mapping, cooling can be initiated for the components when it requires. Thus, it results maximum performance without compromising the efficiency of power utilization.<br>· Accurate representation of slot by slot PCIe airflow in terms of LFM metric (Linear Feet per Minute - an accepted industry standard on how PCIe card airflow requirement is specified). Display of this metric in various iDRAC interfaces allows user to:<br><br>**1.** know the maximum LFM capability of each slot within the server.<br>**2.** know what approach is being taken for PCIe cooling for each slot (airflow controlled, temperature controlled).<br>**3.** know the minimum LFM being delivered to a slot, if the card is a 3rd Party Card (user defined custom card).<br>**4.** dial in custom minimum LFM value for the 3rd Party Card allowing more accurate definition of the card cooling needs for which the user is better aware of through their custom card specification.<br><br>· Displays real-time system airflow metric (CFM, cubic feet per minute) in various iDRAC interfaces to the user to enable datacenter airflow balancing based on aggregation of per server CFM consumption.<br>· Allows custom thermal settings like Thermal Profiles (Maximum Performance vs. Maximum Performance per Watt, Sound Cap), custom fan speed options (minimum fan speed, fan speed offsets) and custom Exhaust Temperature settings.<br><br>https://dl.dell.com/topicspdf/idrac9-lifecycle-controller-v33-series_users-guide7_en-us.pdf |

17

| Claim 1 | Exemplary Dell Servers |
|---|---|
| | ## Viewing sensor information

The following sensors help to monitor the health of the managed system:

- **Batteries** — Provides information about the batteries on the system board CMOS and storage RAID On Motherboard (ROMB).

  ⓘ **NOTE: The Storage ROMB battery settings are available only if the system has a ROMB with a battery.**

- **Fan** (available only for rack and tower servers) — Provides information about the system fans — fan redundancy and fans list that display fan speed and threshold values.

100    Viewing iDRAC and managed system information

- **CPU** — Indicates the health and state of the CPUs in the managed system. It also reports processor automatic throttling and predictive failure.
- **Memory** — Indicates the health and state of the Dual In-line Memory Modules (DIMMs) present in the managed system.
- **Intrusion** — Provides information about the chassis.
- **Power Supplies** (available only for rack and tower servers) — Provides information about the power supplies and the power supply redundancy status.

  ⓘ **NOTE: If there is only one power supply in the system, the power supply redundancy is set to Disabled.**

- **Removable Flash Media** — Provides information about the Internal SD Modules; vFlash and Internal Dual SD Module (IDSDM).
  - When IDSDM redundancy is enabled, the following IDSDM sensor status is displayed — IDSDM Redundancy Status, IDSDM SD1, IDSDM SD2. When redundancy is disabled, only IDSDM SD1 is displayed.
  - If IDSDM redundancy is initially disabled when the system is powered on or after an iDRAC reset, the IDSDM SD1 sensor status is displayed only after a card is inserted.
  - If IDSDM redundancy is enabled with two SD cards present in the IDSDM, and the status of one SD card is online while the status of the other card is offline. A system reboot is required to restore redundancy between the two SD cards in the IDSDM. After the redundancy is restored, the status of both the SD cards in the IDSDM is online.
  - During the rebuilding operation to restore redundancy between two SD cards present in the IDSDM, the IDSDM status is not displayed since the IDSDM sensors are powered off.

    ⓘ **NOTE: If the host system is rebooted during IDSDM rebuild operation, the iDRAC does not display the IDSDM information. To resolve this, rebuild IDSDM again or reset the iDRAC.**

  - System Event Logs (SEL) for a write-protected or corrupt SD card in the IDSDM module are not repeated until they are cleared by replacing the SD card with a writable or good SD card, respectively.
- **Temperature** — Provides information about the system board inlet temperature and exhaust temperature (only applies to rack servers). The temperature probe indicates whether the status of the probe is within the preset warning and critical threshold value.
- **Voltage** — Indicates the status and reading of the voltage sensors on various system components.

https://dl.dell.com/topicspdf/idrac9-lifecycle-controller-v33-series_users-guide7_en-us.pdf |

| Claim 1 | Exemplary Dell Servers |
|---|---|
| | For example, the iDRAC controller allows users to modify thermal settings, including setting temperature limits.<br><br>## Modifying thermal settings using iDRAC web interface<br><br>To modify the thermal settings:<br><br>1. In the iDRAC Web interface, go to **Configuration** > **System Settings** > **Hardware Settings** > **Cooling Configuration**.<br>2. Specify the following:<br>  · **Thermal Profile Optimization** — Select the thermal profile:<br>    · **Default Thermal Profile Settings (Minimum Power)** — Implies that the thermal algorithm uses the same system profile settings that is defined under **System BIOS** > **System BIOS Settings** > **System Profile Settings** page.<br>  By default, this option is set to **Default Thermal Profile Settings**. You can also select a custom algorithm, which is independent of the BIOS profile. The options available are:<br>  · **Maximum Performance (Performance Optimized)** :<br>    · Reduced probability of memory or CPU throttling.<br>    · Increased probability of turbo mode activation.<br>    · Generally, higher fan speeds at idle and stress loads.<br>  · **Minimum Power (Performance per Watt Optimized)**:<br>    · Optimized for lowest system power consumption based on optimum fan power state.<br>    · Generally, lower fan speeds at idle and stress loads.<br>  · **Sound Cap** — Sound Cap provides reduced acoustical output from a server at the expense of some performance. Enabling Sound Cap may include temporary deployment or evaluation of a server in an occupied space, but it should not be used during benchmarking or performance sensitive applications.<br><br>(i) **NOTE: Selecting Maximum Performance or Minimum Power, overrides thermal settings associated to System Profile setting under System BIOS > System BIOS Settings.System Profile Settings page.**<br><br>  · **Maximum Exhaust Temperature Limit** — From the drop-down menu, select the maximum exhaust air temperature. The values are displayed based on the system.<br><br>The default value is **Default, 70°C (158 °F)**.<br><br>This option allows the system fans speeds to change such that the exhaust temperature does not exceed the selected exhaust temperature limit. This cannot always be guaranteed under all system operating conditions due to dependency on system load and system cooling capability.<br><br>https://dl.dell.com/topicspdf/idrac9-lifecycle-controller-v33-series_users_guide7_en-us.pdf |

| Claim 1 | Exemplary Dell Servers |
|---------|------------------------|
|  | **Thresholds** <br><br> · **Maximum PCIe Inlet Temperature Limit** — Default value is 55ºC. Select the lower temperature of 45ºC for third party PCIe cards which require lower inlet temperature. <br> · **Exhaust Temperature Limits** — By modifying the values for the following you can set the exhaust temperature limits: <br><br> Setting up managed system        53 <br><br><br> · **Set Maximum Exhaust Temperature Limit** <br> · **Set Air Temperature Rise Limit** <br> · **Minimum Fan Speed in PWM (% of Max)** — Select this option to fine tune the fan speed. Using this option, you can set a higher baseline system fan speed or increase the system fan speed if other custom fan speed options are not resulting in the required higher fan speeds. <br><br> · **Default** — Sets minimum fan speed to default value as determined by the system cooling algorithm. <br> · **Custom** — Enter the percentage by which you want to change the fan speed. Range is between 9-100. <br><br> The allowable range for minimum fan speed PWM is dynamic based on the system configuration. The first value is the idle speed and the second value is the configuration max (Depending on the system configuration, the maximum speed may be up to 100%.). <br><br> System fans can run higher than this speed as per thermal requirements of the system but not lower than the defined minimum speed. For example, setting Minimum Fan Speed at 35% limits the fan speed to never go lower than 35% PWM. <br><br> https://dl.dell.com/topicspdf/idrac9-lifecycle-controller-v33-series_users-guide7_en-us.pdf <br><br> For example, the iDRAC controller interface displays the current system exhaust temperature and the target exhaust system limit. |

| Claim 1 | Exemplary Dell Servers |
|---|---|
| | iDRAC Thermal Manage features require an iDRAC Datacenter license. Here is an image from the iDRAC GUI showing the thermal telemetry and customization options:<br><br> |