# Exhibit 11

**Illustrative Claim Chart for U.S. Patent No. 9,626,265**

| Claim 1 | Exemplary Dell Servers[1] |
|---|---|
| An electronic device comprising: | The Exemplary Dell Servers are electronic devices.<br><br>*See, e.g.,:*<br><br>### System overview<br><br>The Dell EMC PowerEdge R750 is a dual socket, 2U rack system that supports:<br>• Two 3ʳᵈ Generation Intel Xeon Scalable processors<br>• 32 DDR4 DIMM slots<br>• Two redundant AC or mixed mode power supply units<br>• Up to 12 x 3.5-inch, or 24 x 2.5-inch, 16 x 2.5-inch, 8 x 2.5-inch, or 2 x 2.5-inch (rear), 4 x 2.5-inch (rear), SAS, SATA, or NVMe drives<br><br>ⓘ NOTE: For more information about how to hot swap NVMe PCIe SSD U.2 device, see the *Dell Express Flash PCIe SSD User's Guide* at https://www.dell.com/support **Browse all Products > Data Center Infrastructure > Storage Adapters & Controllers > Dell PowerEdge Express Flash NVMe PCIe SSD > Documentation > Manuals and Documents.**<br><br>ⓘ NOTE: All instances of SAS, SATA drives, PCIe SSDs, and NVMe are referred to as drives in this document, unless specified otherwise.<br><br>⚠ CAUTION: **Do not install GPUs, network cards, or other PCIe devices on your system that are not validated and tested by Dell. Damage caused by unauthorized and invalidated hardware installation will null and void the system warranty.**<br><br>ⓘ NOTE: For more information, see the *Dell EMCPowerEdgeR750 Technical Specifications* on the product documentation page.<br><br>**Topics:**<br>• Front view of the system<br>• Rear view of the system<br>• Inside the system<br>• Locating the Express Service Code and Service Tag<br>• System information label<br>• Rail sizing and rack compatibility matrix<br><br>### Front view of the system<br><br><br><br>Installation and Service Manual, 9. |

<hr>

[1] The illustrative documentation cited herein is for the Dell PowerEdge R750 server (hereinafter "Installation and Service Manual"), which is dated March 2024, can be found at the following URL:

https://dl.dell.com/content/manual15837466-dell-emc-poweredge-r750-installation-and-service-manual.pdf?language=en-us&ps=true.
Other Dell servers also infringe the claims of the '265 Patent.

1

| Claim 1 | Exemplary Dell Servers[1] |
|---|---|
| | ## Inside the system<br><br><br><br>**Figure 11. Inside the system**<br>1. Handle<br>2. BOSS S2 module bay<br>3. Riser 1<br>4. Power supply unit (PSU 1)<br>5. Riser 2 cage<br>6. System board<br>7. Air shroud<br>8. Cooling fan<br>9. Drive backplane cover<br>10. Service tag<br>11. Cooling fan cage assembly<br>12. Power supply unit (PSU 2)<br>13. Riser 3<br>14. Riser 4<br>15. Intrusion switch module<br><br>Installation and Service Manual, 17. |

| Claim 1 | Exemplary Dell Servers[1] |
| --- | --- |
| |  Installation and Service Manual, 19. |

| Claim 1 | Exemplary Dell Servers[1] |
|---|---|
| | <br>Installation and Service Manual, 21. |
| [a] a housing comprising a front face and a rear face which are distanced from each other in a longitudinal direction; | The Exemplary Dell Servers include a housing comprising a front face and a rear face which are distanced from each other in a longitudinal direction.<br><br>*See, e.g.*,: |

| Claim 1 | Exemplary Dell Servers[1] |
|---|---|
| | <br>**Inside the system**<br><br>**Figure 11. Inside the system**<br>1. Handle<br>3. Riser 1<br>5. Riser 2 cage<br>7. Air shroud<br>9. Drive backplane cover<br>11. Cooling fan cage assembly<br>13. Riser 3<br>15. Intrusion switch module<br>2. BOSS S2 module bay<br>4. Power supply unit (PSU 1)<br>6. System board<br>8. Cooling fan<br>10. Service tag<br>12. Power supply unit (PSU 2)<br>14. Riser 4<br><br>Installation and Service Manual, 17. |

| Claim 1 | Exemplary Dell Servers[1] |
|---|---|
| | Installation and Service Manual, 19. |

| Claim 1 | Exemplary Dell Servers[1] |
|---------|---------------------------|
| | <br>Installation and Service Manual, 21. |

| Claim 1 | Exemplary Dell Servers[1] |
|---------|---------------------------|
|  |  Figure 89. 24 x 2.5-inch SAS/SATA + 4 x 2.5-inch SAS with expander and fPERC |
|  | Installation and Service Manual, 86. |

| Claim 1 | Exemplary Dell Servers[1] |
|---------|---------------------------|
| |  Installation and Service Manual, 200. |

| Claim 1 | Exemplary Dell Servers[1] |
|---|---|
| [b] a plurality of fans which are arranged inside the housing close to the front face so as to cause cooling air to flow downstream in the longitudinal direction from the front face to the rear face of the housing; | The Exemplary Dell Servers include a plurality of fans which are arranged inside the housing close to the front face so as to cause cooling air to flow downstream in the longitudinal direction from the front face to the rear face of the housing.<br><br>*See, e.g.,*: |

| Claim 1 | Exemplary Dell Servers[1] |
|---|---|
| |  |

Installation and Service Manual, 17.

| Claim 1 | Exemplary Dell Servers[1] |
|---|---|
| | 

Figure 12. Inside the system with full length risers and GPU shroud

1. Handle
2. BOSS S2 module bay
3. Riser 1
4. GPU air shroud top cover
5. GPU air shroud
6. Cooling fan
7. Drive backplane
8. Service tag
9. Cooling fan cage assembly
10. Riser 3
11. Riser 4
12. Intrusion switch module

Installation and Service Manual, 18. |

| Claim 1 | Exemplary Dell Servers[1] |
|---------|---------------------------|
| | <br>Installation and Service Manual, 19. |

| Claim 1 | Exemplary Dell Servers[1] |
|---------|---------------------------|
| |  Installation and Service Manual, 21. |

| Claim 1 | Exemplary Dell Servers[1] |
|---------|---------------------------|
| | **Figure 41. Removing the cooling fan cage assembly** |
| | Installation and Service Manual, 49. |

| Claim 1 | Exemplary Dell Servers[1] |
|---|---|
| | Figure 42. Installing the cooling fan cage assembly |
| | Installation and Service Manual, 50. |

| Claim 1 | Exemplary Dell Servers[1] |
|---------|---------------------------|
| | <br>**Figure 43. Removing a cooling fan**<br>Installation and Service Manual, 51. |

| Claim 1 | Exemplary Dell Servers[1] |
|---------|---------------------------|
| | <br>**Figure 44. Installing a cooling fan** |
| | Installation and Service Manual, 52. |

| Claim 1 | Exemplary Dell Servers[1] |
|---|---|
| | <br>Installation and Service Manual, 200. |

| Claim 1 | Exemplary Dell Servers[1] |
|---------|---------------------------|
| [c] a central processing unit (CPU) which is arranged downstream of the plurality of fans in the housing and positioned to allow the cooling air to directly flow therethrough; | The Exemplary Dell Servers include a central processing unit (CPU) which is arranged downstream of the plurality of fans in the housing and positioned to allow the cooling air to directly flow therethrough.<br><br>*See, e.g.,*: |

| Claim 1 | Exemplary Dell Servers[1] |
|---|---|
| |  Figure 13. Inside the system with liquid cooling module<br><br>1. Handle<br>3. Riser 2<br>5. Memory DIMM sockets<br>7. Cooling fan<br>9. Service tag<br>11. Power supply unit (PSU 2)<br>13. Liquid cooling module tubes<br><br>2. Power supply unit (PSU 1)<br>4. System board<br>6. Liquid cooling module<br>8. Drive backplane<br>10. Cooling fan cage assembly<br>12. Intrusion switch module<br><br>Installation and Service Manual, 19. |

| Claim 1 | Exemplary Dell Servers[1] |
|---|---|
| | <br>Installation and Service Manual, 21. |

| Claim 1 | Exemplary Dell Servers[1] |
|---|---|
|  |  Figure 41. Removing the cooling fan cage assembly |
|  | Installation and Service Manual, 49. |

| Claim 1 | Exemplary Dell Servers[1] |
|---|---|
| |  Figure 89. 24 x 2.5-inch SAS/SATA + 4 x 2.5-inch SAS with expander and fPERC<br><br>Installation and Service Manual, 86. |
| [d] a plurality of memory devices adjacent to the CPU in a width direction, substantially normal to the longitudinal direction, of the housing; and | The Exemplary Dell Servers include a plurality of memory devices adjacent to the CPU in a width direction, substantially normal to the longitudinal direction, of the housing.<br><br>*See, e.g.,*: |

| Claim 1 | Exemplary Dell Servers[1] |
|---|---|
| |  Installation and Service Manual, 19. |

| Claim 1 | Exemplary Dell Servers[1] |
|---------|---------------------------|
| |  Installation and Service Manual, 21. |

| Claim 1 | Exemplary Dell Servers[1] |
|---------|---------------------------|
|         | <br>Figure 16. Memory information and system board connectors<br>Installation and Service Manual, 21. |

| Claim 1 | Exemplary Dell Servers[1] |
|---------|---------------------------|
| |  Figure 29. Removing the drive backplane cover |
| | Installation and Service Manual, 38. |

| Claim 1 | Exemplary Dell Servers[1] |
|---|---|
| |  Figure 89. 24 x 2.5-inch SAS/SATA + 4 x 2.5-inch SAS with expander and fPERC |
| | Installation and Service Manual, 86. |
| [e] a plurality of power source units which are positioned opposite to each other and spaced out from each other in the width direction of the housing, | The Exemplary Dell Servers include a plurality of power source units which are positioned opposite to each other and spaced out from each other in the width direction of the housing. *See, e.g.,:* |

| Claim 1 | Exemplary Dell Servers[1] |
|---------|---------------------------|
| |  Installation and Service Manual, 13. |

| Claim 1 | Exemplary Dell Servers[1] |
|---------|----------------------------|

**Table 5. Rear view of the system (continued)**

| Item | Ports, panels, or slots | Icon | Description |
|------|-------------------------|------|-------------|
| | | | • If the system stops responding during POST, press and hold the system ID button (for more than 5 s) to enter the BIOS progress mode. |
| 13 | OCP NIC port (optional) | N/A | This port supports OCP 3.0. The NIC ports are integrated on the OCP card which is connected to the system board. |
| 14 | NIC port (1,2) | 몸 | The NIC ports are embedded on the LOM card that is connected to the system board. |
| 15 | Power supply unit (PSU 1) | ⚡1 | For more information about the PSU configurations, see the *Dell EMC PowerEdge R750 Technical Specifications* on product documentation page. |

Installation and Service Manual, 14.

| Claim 1 | Exemplary Dell Servers[1] |
|---------|---------------------------|
|         |  Installation and Service Manual, 17. |

| Claim 1 | Exemplary Dell Servers[1] |
|---|---|
| | 

**Figure 13. Inside the system with liquid cooling module**

1. Handle
2. Power supply unit (PSU 1)
3. Riser 2
4. System board
5. Memory DIMM sockets
6. Liquid cooling module
7. Cooling fan
8. Drive backplane
9. Service tag
10. Cooling fan cage assembly
11. Power supply unit (PSU 2)
12. Intrusion switch module
13. Liquid cooling module tubes

Installation and Service Manual, 19. |

| Claim 1 | Exemplary Dell Servers[1] |
|---|---|
|  | Installation and Service Manual, 21. |

| Claim 1 | Exemplary Dell Servers[1] |
|---|---|
| |  Figure 89. 24 x 2.5-inch SAS/SATA + 4 x 2.5-inch SAS with expander and fPERC |
| | Installation and Service Manual, 86. |

35

| Claim 1 | Exemplary Dell Servers[1] |
|---------|---------------------------|
| | <br>Installation and Service Manual, 200. |

| Claim 1 | Exemplary Dell Servers[1] |
|---|---|
| [f] wherein the plurality of power source units are each positioned further downstream of the cooling air from the plurality of memory devices such that the cooling air passing through one of the memory devices passes into one of the power source units, and | The plurality of power source units in the Exemplary Dell Servers are each positioned further downstream of the cooling air from the plurality of memory devices such that the cooling air passing through one of the memory devices passes into one of the power source units.<br><br>*See, e.g.,*: |

| Claim 1 | Exemplary Dell Servers[1] |
|---|---|

# Rear view of the system

Figure 8. Rear view of the system

Table 5. Rear view of the system

| Item | Ports, panels, or slots | Icon | Description |
|---|---|---|---|
| 1 | PCIe expansion card riser 1 (slot 1 and slot 2) | N/A | The expansion card riser enables you to connect PCI Express expansion cards. For more information about the expansion cards that are supported on your system, see the expansion card guidelines section. |
| 2 | BOSS S2 module (optional) | N/A | This slot supports the BOSS S2 module. |
| 3 | Rear handle | N/A | To lift the system. |
| 4 | PCIe expansion card riser 2 (slot 3 and slot 6) | N/A | The expansion card riser enables you to connect PCI Express expansion cards. For more information about the expansion cards supported on your system, see the expansion card guidelines section. |
| 5 | PCIe expansion card riser 3 (slot 4 and slot 5) | N/A | The expansion card riser enables you to connect PCI Express expansion cards. For more information about the expansion cards supported on your system, see the expansion card guidelines section. |
| 6 | USB 2.0 port (1) | | This port is USB 2.0-compliant. |
| 7 | PCIe expansion card riser 4 (slot 7 and slot 8) | N/A | The expansion card riser enables you to connect PCI Express expansion cards. For more information about the expansion cards supported on your system, see the expansion card guidelines section. |
| 8 | Power supply unit (PSU 2) | 2 | For more information about the PSU configurations, see the *PowerEdge R750 Technical Specifications* on product documentation page. |

Installation and Service Manual, 13.

| Claim 1 | Exemplary Dell Servers[1] |
|---|---|
| | **Table 5. Rear view of the system (continued)** |

| Item | Ports, panels, or slots | Icon | Description |
|---|---|---|---|
| | | | • If the system stops responding during POST, press and hold the system ID button (for more than 5 s) to enter the BIOS progress mode. |
| 13 | OCP NIC port (optional) | N/A | This port supports OCP 3.0. The NIC ports are integrated on the OCP card which is connected to the system board. |
| 14 | NIC port (1,2) | | The NIC ports are embedded on the LOM card that is connected to the system board. |
| 15 | Power supply unit (PSU 1) | | For more information about the PSU configurations, see the *Dell EMC PowerEdge R750 Technical Specifications* on product documentation page. |

Installation and Service Manual, 14.

39

| Claim 1 | Exemplary Dell Servers[1] |
|---------|---------------------------|
| |  Figure 13. Inside the system with liquid cooling module<br>1. Handle  2. Power supply unit (PSU 1)<br>3. Riser 2  4. System board<br>5. Memory DIMM sockets  6. Liquid cooling module<br>7. Cooling fan  8. Drive backplane<br>9. Service tag  10. Cooling fan cage assembly<br>11. Power supply unit (PSU 2)  12. Intrusion switch module<br>13. Liquid cooling module tubes<br>Installation and Service Manual, 19. |

| Claim 1 | Exemplary Dell Servers[1] |
|---------|---------------------------|
| | <br>Installation and Service Manual, 21. |

| Claim 1 | Exemplary Dell Servers[1] |
|---|---|
| | <br>Figure 29. Removing the drive backplane cover |
| | Installation and Service Manual, 38. |

| Claim 1 | Exemplary Dell Servers[1] |
|---|---|
| | Figure 30. Installing the drive backplane cover |
| | Installation and Service Manual, 39. |

| Claim 1 | Exemplary Dell Servers[1] |
|---|---|
| | 
Figure 89. 24 x 2.5-inch SAS/SATA + 4 x 2.5-inch SAS with expander and fPERC |
| | Installation and Service Manual, 86. |

| Claim 1 | Exemplary Dell Servers[1] |
|---------|---------------------------|
|         | <br>Installation and Service Manual, 200. |

| Claim 1 | Exemplary Dell Servers[1] |
|---|---|
| [g] wherein the plurality of power source units are each positioned not to be aligned linearly with the CPU in the longitudinal direction of the housing. | The power source units in the Exemplary Dell Servers are each positioned not to be aligned linearly with the CPU in the longitudinal direction of the housing.<br><br>*See, e.g.*,: |

| Claim 1 | Exemplary Dell Servers[1] |
|---|---|
| | |

# Rear view of the system

**Figure 8. Rear view of the system**

**Table 5. Rear view of the system**

| Item | Ports, panels, or slots | Icon | Description |
|---|---|---|---|
| 1 | PCIe expansion card riser 1 (slot 1 and slot 2) | N/A | The expansion card riser enables you to connect PCI Express expansion cards. For more information about the expansion cards that are supported on your system, see the expansion card guidelines section. |
| 2 | BOSS S2 module (optional) | N/A | This slot supports the BOSS S2 module. |
| 3 | Rear handle | N/A | To lift the system. |
| 4 | PCIe expansion card riser 2 (slot 3 and slot 6) | N/A | The expansion card riser enables you to connect PCI Express expansion cards. For more information about the expansion cards supported on your system, see the expansion card guidelines section. |
| 5 | PCIe expansion card riser 3 (slot 4 and slot 5) | N/A | The expansion card riser enables you to connect PCI Express expansion cards. For more information about the expansion cards supported on your system, see the expansion card guidelines section. |
| 6 | USB 2.0 port (1) | | This port is USB 2.0-compliant. |
| 7 | PCIe expansion card riser 4 (slot 7 and slot 8) | N/A | The expansion card riser enables you to connect PCI Express expansion cards. For more information about the expansion cards supported on your system, see the expansion card guidelines section. |
| 8 | Power supply unit (PSU 2) | 2 | For more information about the PSU configurations, see the *PowerEdge R750 Technical Specifications* on product documentation page. |

Installation and Service Manual, 13.

| Claim 1 | Exemplary Dell Servers[1] |
|---|---|
| | **Table 5. Rear view of the system (continued)** |

| Item | Ports, panels, or slots | Icon | Description |
|---|---|---|---|
| | | | • If the system stops responding during POST, press and hold the system ID button (for more than 5 s) to enter the BIOS progress mode. |
| 13 | OCP NIC port (optional) | N/A | This port supports OCP 3.0. The NIC ports are integrated on the OCP card which is connected to the system board. |
| 14 | NIC port (1,2) | | The NIC ports are embedded on the LOM card that is connected to the system board. |
| 15 | Power supply unit (PSU 1) | | For more information about the PSU configurations, see the *Dell EMC PowerEdge R750 Technical Specifications* on product documentation page. |

Installation and Service Manual, 14.

48

| Claim 1 | Exemplary Dell Servers[1] |
|---|---|
| | <br>**Figure 13. Inside the system with liquid cooling module**<br>1. Handle 2. Power supply unit (PSU 1)<br>3. Riser 2 4. System board<br>5. Memory DIMM sockets 6. Liquid cooling module<br>7. Cooling fan 8. Drive backplane<br>9. Service tag 10. Cooling fan cage assembly<br>11. Power supply unit (PSU 2) 12. Intrusion switch module<br>13. Liquid cooling module tubes<br>Installation and Service Manual, 19. |

49

| Claim 1 | Exemplary Dell Servers[1] |
|---|---|
| | Installation and Service Manual, 21. |

| Claim 1 | Exemplary Dell Servers[1] |
|---|---|
| | Figure 89. 24 x 2.5-inch SAS/SATA + 4 x 2.5-inch SAS with expander and fPERC |
| | Installation and Service Manual, 86. |

| Claim 1 | Exemplary Dell Servers[1] |
|---|---|
| | <br>Installation and Service Manual, 200. |