IN THE UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF TEXAS
MARSHALL DIVISION

| | | |
|---|---|---|
| CLOUD BYTE LLC, | § | |
| *Plaintiff*, | § § § | |
| v. | § § | CIVIL ACTION NO. 2:24-CV-00637-JRG |
| DELL INC. and DELL TECHNOLOGIES INC., | § § § § | |
| *Defendants*. | § § § | |

## ORDER

Before the Court is the Motion for the Issuance of Letters of Request for International Judicial Assistance to Examine Persons and Inspect Documents Pursuant to the Hague Convention (the "Motion") filed by Defendants Dell Inc. and Dell Technologies Inc. (collectively, "Dell"). (Dkt. No. 99.) In the Motion, Dell requests the Court to issue Requests for Judicial Assistance ("Letters Rogatory") addressed to judicial authorities in Singapore requesting that the Supreme Court of Singapore assist in obtaining documents from NEC Asia Pacific Pte Ltd. and IP Wave Pte. Ltd. and compel a representative from NEC Asia Pacific Pte Ltd. and IP Wave Pte. Ltd. to testify at a deposition. (*Id.* at 1.)

Having considered the Motion, the Court finds that it should be and hereby is **GRANTED**. The Court **APPROVES** the proposed Letters Rogatory, which are attached to the Motion (Dkt. No. 99-3–99-6). Accordingly, the Court will execute the Letters Rogatory with original signatures, to which the Clerk of the Court shall affix original seals. Dell can retrieve the completed Letters Rogatory in-person from the Clerk of the Court.

**So ORDERED and SIGNED this 13th day of June, 2025.**

_____
RODNEY GILSTRAP
UNITED STATES DISTRICT JUDGE