

**SUPREME COURT OF SINGAPORE**
**LEGAL REGISTRY**

Our Ref: TEA 6/2025/AG

21 July 2025

The Honourable the Attorney General
Attorney-General's Chambers
1 Upper Pickering Street
Singapore 058288

**REQUEST, PURSUANT TO THE HAGUE CONVENTION OF 18 MARCH 1970 ON THE TAKING OF EVIDENCE ABROAD IN CIVIL OR COMMERCIAL MATTERS, FOR INTERNATIONAL JUDICIAL ASSISTANCE IN OBTAINING EVIDENCE FROM NEC ASIA PACIFIC PTE LTD**

<u>Civil Action No. 2:24-cv-637-JRG</u>

Pursuant to Order 55, Rule 3(b) of the Rules of Court 2021, I forward a request from the United States District Court for the Eastern District of Texas, in respect of the above, for your necessary action, please.

2.      Thank you.

Yours faithfully,

GAN KAM YUIN
ASSISTANT REGISTRAR
SUPREME COURT, SINGAPORE

Encl.

Cc      The Honorable Rodney Gilstrap
        United States District Court
        For the Eastern District of Texas
        Sam B. Hall, Jr. Federal Building and
        United States Courthouse