# IN THE UNITED STATES DISTRICT COURT
# FOR THE EASTERN DISTRICT OF TEXAS
# MARSHALL DIVISION

| | |
|---|---|
| CLOUD BYTE LLC, § | |
| § | |
| *Plaintiff*, § | |
| § | |
| v. § | CIVIL ACTION NO. 2:24-CV-00637-JRG |
| § | |
| DELL INC. and DELL TECHNOLOGIES § | |
| INC., § | |
| § | |
| *Defendants*. § | |
| § | |

## ORDER

Pursuant to the provisions of 28 U.S.C. §§ 636(b)(1) and (3) and the local rules of this District, the Court hereby **REFERS** the above-captioned case to the Honorable Roy S. Payne for the purpose of conducting the Claim Construction hearing, issuing a resulting Claim Construction Opinion, and taking such other related steps as are deemed by Judge Payne as necessary to facilitate and expedite the Claim Construction process in this case.

**So ORDERED and SIGNED this 3rd day of September, 2025.**

_____
RODNEY GILSTRAP
UNITED STATES DISTRICT JUDGE