IN THE UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF TEXAS
MARSHALL DIVISION

| | |
|---|---|
| CLOUD BYTE LLC,<br><br>      Plaintiff,<br><br>    v.<br><br>DELL INC., and DELL TECHNOLOGIES, INC.<br><br>      Defendants. | Civil Action No. 2:24-cv-00637 |

**DECLARATION OF JONATHAN TSE IN SUPPORT OF
PLAINTIFF CLOUD BYTE LLC'S REPLY CLAIM CONSTRUCTION BRIEF**

I, Jonathan Tse, declare as follows:

1. I am admitted to practice before this Court. I am an attorney of the law firm Quinn Emanuel Urquhart & Sullivan, LLP, which represents Plaintiff Cloud Byte LLC ("Cloud Byte" or "Plaintiff") in this case. I submit this declaration in support of Plaintiff's Reply Claim Construction Brief, filed concurrently herewith. I have personal knowledge of the facts set forth in this Declaration and, if called as a witness, could and would testify competently to such facts under oath.

2. Attached hereto as Exhibit O is a true and correct copy of the "System Behavior" article on the ScienceDirect website, available at https://www.sciencedirect.com/topics/computer-science/system-behavior.

I declare under penalty of perjury that the foregoing is true and correct. Executed this 26th day of September, 2025, in San Francisco, CA.

*/s/ Jonathan S. Tse*
Jonathan S. Tse