# Exhibit O



# System Behavior

In subject area: Computer Science

### Definition of topic ✦ AI

System behavior refers to the observable actions and interactions of processes within a computing system, often analyzed through execution paths of system calls to identify anomalies and profile users for detection purposes.

AI generated definition based on: Journal of Network and Computer Applications, 2016

⌄ About this page

How would you rate this page's content?

| **Topic summary** | References (45) | Related topics (10) | Also appears in... (1) | Recommended publications (4) |

### Topic summary   AI                                   ☰ Show topic outline

## 1. Introduction to System Behavior in Computer Science

Several User Interface Description Languages (UIDLs) exist for describing the user interface (UI) and the expected system behavior. A UIDL might cover one or more of three different aspects of the UI: the static structure of the UIs, the dynamic behavior (the dialog part, describing the dynamic relationships between components, including events, actions, and behavioral constraints), and the presentation attributes. The system model should provide a clear description of system behavior, including how the system processes user inputs and generates appropriate output. [1]

In software systems, uncertainty arises when the system's behavior deviates from expectations due to the dynamicity and unpredictability of various factors, such as vagueness regarding the availability of resources, operating conditions at runtime, or the emergence of new requirements while the system is operating. [2] One way to deal with this uncertainty is to design systems that adapt themselves during runtime, when the knowledge is accessible. Self-adaptive systems are capable of autonomously modifying their runtime behavior to deal with dynamic system context and changing or new system requirements in order to provide dependable and recoverable systems.

Within software engineering, there is currently no sound, scientific method for accurately predicting how a software system will behave before it is built and run, making the detection of design flaws dependent on trial execution and subjective human judgment rather than objective fact. [3] Complex systems, such as large-scale e

💬 FEEDBACK

9/25/25, 9:27 PM
System behavior - an overview | ScienceDirect Topics
Case 2:24-cv-00637-JRG    Document 127-2    Filed 09/26/25    Page 3 of 3 PageID #: 5793

and networked interdependent systems, operate in highly dynamic environments and exhibit behavior that is inherently uncertain, often lacking a single locus of control and producing emergent behavior that cannot be fully captured by standard modeling techniques. [4]

## 2. Modeling System Behavior

Formal methods for representing system behavior include state machines and Petri nets. State machines are used to model sequential system behavior, typically represented by mathematical structures such as sets, relations, and functions, with state transitions defined by the relation between antecedent and consequent states. For concurrent system behavior, models utilize mathematical types like integers, and behaviors are represented by partial relations of sequences, trees, and events, with Petri nets and timed automata as examples. After formal specification, corresponding theories and methods are introduced to analyze or verify system model properties. [5] Model-based formal methods construct mathematical models to describe the system, explicitly defining states and state conversions. Specification languages such as Z and Vienna Development Method (VDM) are based on set theory and predicate logic, with Z using a state machine as its model. Object-Z and Z++ extend Z to support object-oriented development, encapsulating state and operations as classes. [6]

State machines impose a partial order on a sequence of events, consisting of a set of states, transitions, labels annotating transitions, and an initial state. Transition labels represent events or signals, modeling the sequencing of these events. States may be flagged as "final" or "accepting," indicating termination of execution. State machines are limited in representing data and require extensions for more complex scenarios. [7] State transition networks graphically represent logic paths in user dialogues, providing a flexible approach to describing user interface logic. These networks can be visually articulated like flowcharts and are advantageous for debugging complex interface designs. [8]

Unified Modeling Language (UML) diagrams, including use case and activity diagrams, are used to model system behavior. A use case model specifies system functions from the user's perspective, describing actors, use cases, and triggers. State machines in UML model process stage interaction, with each state representing a condition and transitions modeling changes in system behavior. Activity graphs, a special kind of state machine, model computational processes in terms of control and object flow affecting state transitions. [9] System state machines augment black-box requirements by specifying when system functions or operations are performed. Enterprise scenarios are modeled with activity or sequence diagrams, with activity partitions representing system and external systems, and inputs and outputs shown as parameter nodes. [10]

Petri nets are graphical models of control behavior showing concurrent operations, drawn as directed, weighted, bipartite graphs with places and transitions as distinct node sets. Petri net models are used in complex systems involving the execution of a concurrent system consisting of a number of independent but cooperating processes that may proceed in many different ways, for example, speed process, message loss, and so on. Colored Petri nets extend Petri nets with predicate/transition nets. Petri nets are extensively used in modeling discrete events and simulation in industries such as food, transportation, and railway networks. [11]

## 3. Behavioral Analysis, Verification, and Testing

Behavioral analysis of system behavior employs dynamic analysis techniques such as runtime monitoring, specification mining, and dynamic reverse engineering to infer behavioral models from execution traces, which are essential for program verification and understanding system functionality over time. [12] Specification mining commonly utilizes temporal sequences of events, including Message Sequence Charts, to describe system behavior,