IN THE UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF TEXAS
MARSHALL DIVISION

| | |
|---|---|
| CLOUD BYTE LLC,<br><br>                 Plaintiff,<br><br>v.<br><br>DELL INC., and DELL TECHNOLOGIES, INC.,<br><br>                 Defendants. | Civil Action No. 2:24-cv-00637-JRG<br><br>**JURY TRIAL DEMANDED** |

**P.R. 4-5(d) JOINT NOTICE REGARDING CLAIM CONSTRUCTION CHART**

Pursuant to Patent Rule 4-5(d) and the Court's Second Amended Docket Control Order (Dkt. 94), Plaintiff Cloud Byte LLC ("Cloud Byte" or "Plaintiff") and Defendants Dell Inc. and Dell Technologies, Inc. ("Dell" or "Defendants") hereby file a Joint Claim Construction Chart, attached hereto as Appendix A.

The Asserted Patents are U.S. Patent Nos. 7,739,544 (the "'544 Patent"), 9,482,632 (the "'632 Patent"), 9,560,177 (the "'177 Patent"), 9,629,265 (the "'265 Patent"), 9,651,320 (the "'320 Patent"), 9,900,249 (the "'249 Patent"), and 10,628,273 (the "'273 Patent). The claim construction hearing relating to disputed claims of certain of the Asserted Patents is scheduled to occur on October 31, 2025 at 9:00 am in Marshall, Texas before Magistrate Judge Roy S. Payne.

Dated: October 3, 2025

Respectfully submitted,

*/s/ Brian Mack*
Yury Kapgan (admitted in EDTX)
yurykapgan@quinnemanuel.com
Ryan Goldstein (admitted in EDTX)
ryangoldstein@quinnemanuel.com
**QUINN EMANUEL URQUHART &
SULLIVAN, LLP**
865 S. Figueroa St., 10th Floor
Los Angeles, California 90017
Telephone: (213) 443-3000
Facsimile: (213) 443-3100

Brian Mack (admitted in EDTX)
brianmack@quinnemanuel.com
**QUINN EMANUEL URQUHART &
SULLIVAN, LLP**
50 California Street, 22nd Floor
San Francisco, CA 94111
Telephone: (415) 875-6400
Facsimile: (415) 875-6700

*Of Counsel:*
Claire Abernathy Henry
Texas State Bar No. 24053063
Andrea Fair
Texas State Bar No. 24078488
**MILLER FAIR HENRY PLLC**
1507 Bill Owens Parkway
Longview, TX 75604
Telephone: (903) 757-6400
Fax: (903) 757-2323
claire@millerfairhenry.com

*Attorneys for Plaintiff Cloud Byte LLC.*

Case 2:24-cv-00637-JRG     Document 133     Filed 10/03/25     Page 3 of 4 PageID #:  5817

*/s/ Paul E. Torchia*
Paul E. Torchia (lead attorney)
(NY Bar No. 3988508)
Josh Krevitt (NY Bar No. 2568228)
Brian Rosenthal (NY Bar No. 3961380)
Laura F. Corbin (NY Bar No. 5114764)
**GIBSON, DUNN & CRUTCHER LLP**
200 Park Avenue
New York, NY 10166-0193
ptorchia@gibsondunn.com
jkrevitt@gibsondunn.com
brosenthal@gibsondunn.com
lcorbin@gibsondunn.com
(212) 351-4000 (Telephone)
(212) 351-4035 (Facsimile)

Nathan Curtis (TX Bar No. 24118593)
Audrey Yang (TX Bar No. 24078390)
**GIBSON DUNN & CRUTCHER LLP**
2001 Ross Avenue, Suite 2100,
Dallas, TX 75201
ayang@gibsondunn.com
ncurtis@gibsondunn.com
(214) 698-3100 (Telephone)
(214) 571-2900 (Facsimile)

Deron R. Dacus (TX Bar No. 00790553)
**THE DACUS FIRM, PC**
821 ESE Loop 323, Suite 430
Tyler, TX 75701
ddacus@dacusfirm.com
(903) 705-1117 (Telephone)
(903) 581-2543 (Facsimile)

*Attorneys For Defendants Dell Technologies Inc. and Dell Inc.*

**CERTIFICATE OF SERVICE**

      The undersigned hereby certifies that on October 3, 2025, the foregoing document was served by email on all counsel of record.

/s/ <em>Yury Kapgan</em>

4