**IN THE UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF TEXAS
MARSHALL DIVISION**

| | |
|---|---|
| CLOUD BYTE LLC,<br><br>　　　　Plaintiff,<br><br>　　v.<br><br>DELL INC., and DELL TECHNOLOGIES, INC.<br><br>　　　　Defendants. | No. 2:24-cv-00637-JRG |

**JOINT MOTION TO AMEND THE DOCKET CONTROL ORDER**

Plaintiff Cloud Byte LLC ("Cloud Byte") and Defendants Dell Inc. and Dell Technologies, Inc. (collectively "Dell") jointly and respectfully request that the Court extend the end of fact discovery and certain subsequent deadlines, as reflected in the Third Amended Docket Control Order attached hereto.

Specifically, the Parties seek to extend the deadlines for (1) the Parties to Complete Fact Discovery and File Motions to Compel Discovery, from November 10, 2025 to November 17, 2025; (2) the Parties to Serve Disclosures for Expert Witnesses by the Party with the Burden of Proof, from November 17, 2025 to December 5, 2025; (3) the Parties to Serve Disclosures for Rebuttal Expert Witnesses, from December 8, 2025 to January 5, 2026; (4) the Parties to Complete Expert Discovery, from December 22, 2025 to January 16, 2026; (5) the Parties to File Motions to Strike Expert Testimony and File Dispositive Motions, from January 5, 2026 to January 19, 2026; and (6) the Parties to Serve Responses to Motions to Strike Expert Testimony and Dispositive Motions, from January 19, 2026 to February 2, 2026.

1

The Parties have good cause to extend these deadlines. Given that many of these critical deadlines were and are scheduled during the holiday season, the Parties seek a small amount of additional time to accommodate the schedules of team members and the schedules of the Parties' experts to ensure adequate time to prepare expert reports and schedule and take expert depositions.

This extension is not sought for prejudice or delay, but for good cause and so that justice may be served. The proposed schedule maintains the current trial and pretrial conference dates, but seeks to extend certain other dates to provide the Parties with the time they need to complete fact discovery, serve expert reports, and file and respond to summary judgment and *Daubert* motions.

The Parties met and conferred to discuss the proposed extensions of the deadlines requested in this Motion and are jointly seeking the relief sought herein. Accordingly, the Parties respectfully request that the Court grant this Joint Motion and enter the proposed order attached hereto.

Dated:  October 23, 2025

Respectfully submitted,

 */s/ Brian E. Mack*
Yury Kapgan (admitted in EDTX)
yurykapgan@quinnemanuel.com
Ryan Goldstein (admitted in EDTX)
ryangoldstein@quinnemanuel.com
**QUINN EMANUEL URQUHART & SULLIVAN, LLP**
865 S. Figueroa St., 10th Floor
Los Angeles, California 90017
Telephone: (213) 443-3000
Facsimile: (213) 443-3100

Brian Mack (admitted in EDTX)
brianmack@quinnemanuel.com
**QUINN EMANUEL URQUHART & SULLIVAN, LLP**
50 California Street, 22nd Floor
San Francisco, CA 94111
Telephone: (415) 875-6400
Facsimile: (415) 875-6700

*Of Counsel:*
Claire Abernathy Henry
Texas State Bar No. 24053063
Andrea Fair
Texas State Bar No. 24078488
**MILLER FAIR HENRY PLLC**
1507 Bill Owens Parkway
Longview, TX 75604
Telephone: (903) 757-6400
Fax: (903) 757-2323
claire@millerfairhenry.com

*Attorneys for Plaintiff Cloud Byte LLC*

/s/ Paul E. Torchia
Paul E. Torchia (lead attorney)
(NY Bar No. 3988508)
Josh Krevitt (NY Bar No. 2568228)
Brian Rosenthal (NY Bar No. 3961380)
Laura F. Corbin (NY Bar No. 5114764)
**GIBSON, DUNN & CRUTCHER LLP**
200 Park Avenue
New York, NY 10166-0193
ptorchia@gibsondunn.com
jkrevitt@gibsondunn.com
brosenthal@gibsondunn.com
lcorbin@gibsondunn.com
(212) 351-4000 (Telephone)
(212) 351-4035 (Facsimile)

Nathan Curtis (TX Bar No. 24118593)
Audrey Yang (TX Bar No. 24078390)
**GIBSON DUNN & CRUTCHER LLP**
2001 Ross Avenue, Suite 2100,
Dallas, TX 75201
ayang@gibsondunn.com
ncurtis@gibsondunn.com
(214) 698-3100 (Telephone)
(214) 571-2900 (Facsimile)

Deron R. Dacus (TX Bar No. 00790553)
**THE DACUS FIRM, PC**
821 ESE Loop 323, Suite 430
Tyler, TX 75701
ddacus@dacusfirm.com
(903) 705-1117 (Telephone)
(903) 581-2543 (Facsimile)

*Attorneys For Defendants Dell Technologies Inc. and Dell Inc.*

## CERTIFICATE OF SERVICE

  The undersigned hereby certifies that on October 23, 2025 the foregoing document was served via email on all counsel of record.

                   */s/ Brian Mack*
                   Brian Mack

## CERTIFICATE OF CONFERENCE

  Pursuant to Local Rule CV-7(i), the undersigned hereby certifies that counsel for Cloud Byte met and conferred with counsel for Dell regarding this Motion prior to filing, and that this is a joint submission.

                   */s/ Brian Mack*
                   Brian Mack