THE UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF TEXAS
MARSHALL DIVISION

| | |
|---|---|
| CLOUD BYTE LLC | § <br> § |
| v. | § <br> §    CASE NO. 2:24-CV-00637-JRG-RSP |
| DELL INC. *and* DELL TECHNOLOGIES INC. | § <br> § <br> § |

**Markman Hearing**
MAG. JUDGE ROY PAYNE PRESIDING
October 31, 2025

**OPEN:** 9:02 a.m.                                        **ADJOURN:** 11:12 a.m.

| | |
|---|---|
| ATTORNEYS FOR PLAINTIFF: | Claire Henry <br> Brian Mack <br> Jonathan Tse |
| ATTORNEYS FOR DEFENDANTS: | Paul Torchia <br> Nathan Curtis <br> Zak Khan |
| TECHNICAL ADVISOR: | David Keyzer |
| LAW CLERK: | Greg Saltz |
| COURT REPORTER: | Shawnie Archuleta |
| COURTROOM DEPUTY: | Wendy Asbel |

Court opened. Case called. Claire Henry introduced co-counsel and announced ready. Brian Mack introduced co-counsel and announced ready.

The Court heard argument on a term-by-term basis. Brian Mack and Jonathan Tse presented argument on behalf of Plaintiff. Paul Torchia and Nathan Curtis presented argument on behalf of Defendants.

Recessed at 10:41 a.m.

Court reconvened and Mr. Mack continued argument on behalf of Plaintiff. Mr. Curtis argued on behalf of Defendants.

The Court took the claim construction matters under submission.

Clair Henry asked the Court regarding the status of a ruling on pending motion, Dkt. 140. The Court noted that this case was referred to him for Markman purposes only and that is a matter to be addressed to Judge Gilstrap's chambers.

Court adjourned at 11:12 a.m.