IN THE UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF TEXAS
MARSHALL DIVISION

| | |
|---|---|
| CLOUD BYTE LLC,<br><br>   Plaintiff,<br><br> v.<br><br>DELL INC., and DELL TECHNOLOGIES, INC.<br><br>   Defendants. | No. 2:24-cv-00637-JRG |

**JOINT MOTION TO AMEND THE DOCKET CONTROL ORDER**

Plaintiff Cloud Byte LLC ("Cloud Byte") and Defendants Dell Inc. and Dell Technologies, Inc. (collectively, "Dell") jointly and respectfully request that the Court extend the time to file the joint pretrial filings and the meet and confer deadline, as reflected in the Proposed Seventh Amended Docket Control Order attached hereto.

Specifically, the Parties seek to extend the deadline to file the joint pretrial order, joint proposed jury instructions, joint proposed verdict form, updated exhibits lists, and updated witness lists until March 25, 2026; and the time for the Parties to meet and confer on outstanding objections or motions *in limine* to March 25, 2026. Good cause exists to extend these deadlines because the Pretrial Conference previously set for March 24, 2026 has been reset for April 6, 2026, the requested extensions are less than or approximately commensurate to the extension for the Pretrial Conference, and the Parties will have a better sense of the disputed issues closer to trial when the issues for presentation to the jury are narrowed. No other dates will be affected by this change.

Pursuant to the Court's inherent discretion to manage its docket, the Parties request the Court enter the attached Proposed Seventh Amended Docket Control Order. The Parties met and

conferred to discuss the proposed extensions of the deadlines requested in this Motion and are jointly seeking the relief sought herein.

Dated: March 10, 2026

Respectfully submitted,

 */s/ Brian E. Mack*
Yury Kapgan (admitted in EDTX)
yurykapgan@quinnemanuel.com
Ryan Goldstein (admitted in EDTX)
ryangoldstein@quinnemanuel.com
**QUINN EMANUEL URQUHART & SULLIVAN, LLP**
865 S. Figueroa St., 10th Floor
Los Angeles, California 90017
Telephone: (213) 443-3000
Facsimile: (213) 443-3100

Brian Mack (admitted in EDTX)
brianmack@quinnemanuel.com
**QUINN EMANUEL URQUHART & SULLIVAN, LLP**
50 California Street, 22nd Floor
San Francisco, CA 94111
Telephone: (415) 875-6400
Facsimile: (415) 875-6700

*Of Counsel:*
Claire Abernathy Henry
Texas State Bar No. 24053063
Andrea Fair
Texas State Bar No. 24078488
**MILLER FAIR HENRY PLLC**
1507 Bill Owens Parkway
Longview, TX 75604
Telephone: (903) 757-6400
Fax: (903) 757-2323
claire@millerfairhenry.com

*Attorneys for Plaintiff Cloud Byte LLC*

3

*/s/ Paul E. Torchia*
Paul E. Torchia (lead attorney)
(NY Bar No. 3988508)
Josh Krevitt (NY Bar No. 2568228)
Brian Rosenthal (NY Bar No. 3961380)
Laura F. Corbin (NY Bar No. 5114764)
**GIBSON, DUNN & CRUTCHER LLP**
200 Park Avenue
New York, NY 10166-0193
ptorchia@gibsondunn.com
jkrevitt@gibsondunn.com
brosenthal@gibsondunn.com
lcorbin@gibsondunn.com
(212) 351-4000 (Telephone)
(212) 351-4035 (Facsimile)

Nathan Curtis (TX Bar No. 24118593)
Audrey Yang (TX Bar No. 24078390)
**GIBSON DUNN & CRUTCHER LLP**
2001 Ross Avenue, Suite 2100,
Dallas, TX 75201
ayang@gibsondunn.com
ncurtis@gibsondunn.com
(214) 698-3100 (Telephone)
(214) 571-2900 (Facsimile)

Deron R. Dacus (TX Bar No. 00790553)
**THE DACUS FIRM, PC**
821 ESE Loop 323, Suite 430
Tyler, TX 75701
ddacus@dacusfirm.com
(903) 705-1117 (Telephone)
(903) 581-2543 (Facsimile)

*Attorneys For Defendants Dell Technologies Inc. and Dell Inc.*

4

**CERTIFICATE OF SERVICE**

The undersigned hereby certifies that on March 10, 2026 the foregoing document was served via email on all counsel of record.

                                             */s/ Brian Mack*
                                             Brian Mack

**CERTIFICATE OF CONFERENCE**

Pursuant to Local Rule CV-7(i), the undersigned hereby certifies that counsel for Cloud Byte met and conferred with counsel for Dell regarding this Motion prior to filing, and that this is a joint submission.

                                             */s/ Brian Mack*
                                             Brian Mack