**IN THE UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF TEXAS
MARSHALL DIVISION**

|  |  |
|---|---|
| CLOUD BYTE LLC,<br><br>       Plaintiff,<br><br>  v.<br><br>DELL INC., and DELL TECHNOLOGIES INC.<br><br>       Defendants. | No. 2:24-cv-00637-JRG |

**PLAINTIFF CLOUD BYTE LLC'S NOTICE OF TRIAL CONFLICT**

This case was recently released from its April 6, 2026 trial setting and reset with numerous other matters for jury selection on April 13, 2026. Plaintiff Cloud Byte LLC ("Plaintiff" or "Cloud Byte") now provides this notice of its expert witness's conflict with that trial setting:

1. Dr. Annavaram, Cloud Byte's technical expert (both infringement and validity) for the majority of the patents-in-suit, expects to testify in the upcoming trial regarding the technical expert opinions contained in his expert reports on issues relating to Cloud Byte's patents U.S. Patent Nos. 7,739,544 (the "'544 Patent"), 9,482,632 (the "'632 Patent"), 9,629,265 (the "'265 Patent"), and 9,651,320 (the "'320 Patent"). Dr. Annavaram is a "Will Call" live witness.

   a. However, Dr. Annavaram has conflicts on April 13-17. During the week of April 13-17, Dr. Annavaram is scheduled to attend a significant number of prescheduled Ph.D. qualifying and defense exams in connection with his role as Chair Professor at the University of Southern California (USC), resulting in an unavoidable conflict with the trial setting in this case.

   b. Cloud Byte will promptly notify the Court if Dr. Annavaram's availability changes.

1

Dated:  March 24, 2026

Respectfully submitted,

 */s/ Yury Kapgan, with permission Brian Mack*
Yury Kapgan (admitted in EDTX)
yurykapgan@quinnemanuel.com
Ryan Goldstein (admitted in EDTX)
ryangoldstein@quinnemanuel.com
**QUINN EMANUEL URQUHART &
SULLIVAN, LLP**
865 S. Figueroa St., 10th Floor
Los Angeles, California 90017
Telephone: (213) 443-3000
Facsimile: (213) 443-3100

Brian Mack (admitted in EDTX)
brianmack@quinnemanuel.com
**QUINN EMANUEL URQUHART &
SULLIVAN, LLP**
50 California Street, 22nd Floor
San Francisco, CA 94111
Telephone: (415) 875-6400
Facsimile: (415) 875-6700

*Of Counsel:*
Claire Abernathy Henry
Texas State Bar No. 24053063
Andrea Fair
Texas State Bar No. 24078488
**MILLER FAIR HENRY PLLC**
1507 Bill Owens Parkway
Longview, TX 75604
Telephone: (903) 757-6400
Fax: (903) 757-2323
claire@millerfairhenry.com

*Attorneys for Plaintiff Cloud Byte LLC*

2

## CERTIFICATE OF SERVICE

The undersigned hereby certifies that on March 24, 2026, the foregoing document was served via the Court's ECF system on all counsel of record.


*/s/ Brian Mack*
Brian Mack