**IN THE UNITED STATES DISTRICT COURT**
**FOR THE EASTERN DISTRICT OF TEXAS**
**MARSHALL DIVISION**

| | |
|---|---|
| CLOUD BYTE LLC,<br><br>       Plaintiff,<br><br>  v.<br><br>DELL INC., and DELL TECHNOLOGIES, INC.<br><br>       Defendants. | Civil Action No. 2:24-cv-00637-JRG |

**<u>JOINT STATUS REPORT</u>**

1

Pursuant to the Court's Order (Dkt. 380), Plaintiff Cloud Byte LLC ("Cloud Byte") and Defendants Dell Technologies, Inc., and Dell, Inc. (together, "Dell") hereby submit this joint status report regarding the need for further motion practice regarding the supplemented expert reports ordered in Dkt. 380, and on the pending motions that are ripe for the Court's resolution.

The parties jointly request leave to file additional *Daubert* motions, directed to the new opinions set out in Cloud Byte's May 1, 2026 supplemental expert reports and Dell's May 22, 2026 supplemental expert reports. The parties jointly propose that these *Daubert* motions be limited to five pages per supplemental expert report and due by June 17, 2026. The parties propose that oppositions to those motions be limited to five pages each and due by July 1, 2026. The parties agree not to file any reply briefs to these motions.

Additionally, below is a list of the currently pending motions:

1.      Dell's Motion for Summary Judgment of No Liability With Respect to U.S. Patent No. 10,628,273 (Dkt. No. 191);

2.      Cloud Byte's Partial Motion for Summary Judgment on Defendants' Damages-Related Defenses (Dkt. No. 194);

3.      Cloud Byte's *Daubert* Motion to Exclude Certain Opinions of Dr. Stephen L. Becker (Dkt. No. 195);

4.      Dell's Corrected Motion for Partial Summary Judgment of Non-Infringement by Dell With Respect to Dell's Sales of the Accused Products and Dell's Customers' Use of Those Products (Dkt. No. 204);

5.      Dell's Motions in *Limine* (Dkt. No. 328);

6.      Cloud Byte's Motions in *Limine* (Dkt. No. 329);

7.      Exhibit disputes; and

8.      Disputes from the Joint Proposed Pretrial Order (Dkt. No. 362).

The parties are available at the Court's convenience for a continued Pretrial Conference to resolve the above disputes.

Dated: June 5, 2026

Respectfully submitted,

/s/ *Brian E. Mack*
Yury Kapgan (admitted in EDTX)
yurykapgan@quinnemanuel.com
Ryan Goldstein (admitted in EDTX)
ryangoldstein@quinnemanuel.com
**QUINN EMANUEL URQUHART &
SULLIVAN, LLP**
865 S. Figueroa St., 10th Floor
Los Angeles, California 90017
Telephone: (213) 443-3000
Facsimile: (213) 443-3100

Brian Mack (admitted in EDTX)
brianmack@quinnemanuel.com
**QUINN EMANUEL URQUHART &
SULLIVAN, LLP**
50 California Street, 22nd Floor
San Francisco, CA 94111
Telephone: (415) 875-6400
Facsimile: (415) 875-6700

*Of Counsel*:
Claire Abernathy Henry
Texas State Bar No. 24053063
Andrea Fair
Texas State Bar No. 24078488
**MILLER FAIR HENRY PLLC**
1507 Bill Owens Parkway
Longview, TX 75604
Telephone: (903) 757-6400
Fax: (903) 757-2323
claire@millerfairhenry.com

*Attorneys for Plaintiff Cloud Byte*

By:  /s/ *Paul Torchia*
Paul E. Torchia (lead attorney) (admitted in EDTX)
Josh Krevitt (admitted in EDTX)
Brian Rosenthal (admitted in EDTX)
Laura F. Corbin (admitted in EDTX)
**GIBSON, DUNN & CRUTCHER LLP**
200 Park Avenue
New York, NY 10166-0193
ptorchia@gibsondunn.com
jkrevitt@gibsondunn.com
brosenthal@gibsondunn.com
lcorbin@gibsondunn.com
(212) 351-4000 (Telephone)
(212) 351-4035 (Facsimile)

Nathan Curtis (admitted in EDTX)
Audrey Yang (admitted in EDTX)
**GIBSON DUNN & CRUTCHER LLP**
2001 Ross Avenue, Suite 2100,
Dallas, TX 75201
ayang@gibsondunn.com
ncurtis@gibsondunn.com
(214) 698-3100 (Telephone)
(214) 571-2900 (Facsimile)

Deron R. Dacus (TX Bar No. 00790553)
**THE DACUS FIRM, PC**
821 ESE Loop 323, Suite 430
Tyler, TX 75701
ddacus@dacusfirm.com
(903) 705-1117 (Telephone)
(903) 581-2543 (Facsimile)

*Attorneys    For    Defendants    Dell
Technologies Inc. and Dell Inc.*

4

## CERTIFICATE OF SERVICE

Pursuant to the Federal Rules of Civil Procedure and Local Rule CV-5, I hereby certify that, on June 5, 2026, all counsel of record who have appeared in this action are being served with a copy of the foregoing via the Court's CM/ECF system.

Dated:  June 5, 2026

*/s/ Yury Kapgan*
Yury Kapgan