**IN THE UNITED STATES DISTRICT COURT**
**FOR THE EASTERN DISTRICT OF TEXAS**
**MARSHALL DIVISION**

| | | |
|---|---|---|
| CLOUD BYTE LLC, | § | |
| | § | |
| *Plaintiff*, | § | |
| | § | |
| v. | § | CIVIL ACTION NO. 2:24-CV-00637-JRG |
| | § | |
| DELL INC. and DELL TECHNOLOGIES, | § | |
| INC., | § | |
| | § | |
| *Defendants*. | § | |

**ORDER**

Before the Court is the Joint Status Report filed by Plaintiff Cloud Byte LLC ("Cloud Byte") and Defendants Dell Technologies, Inc., and Dell, Inc. ("Dell") (together, the "Parties"). (Dkt. No. 388.) In the Joint Status Report, the Parties request leave to file additional *Daubert* motions directed to the new opinions set out in Cloud Byte's May 1, 2026 supplemental expert reports and Dell's May 22, 2026 supplemental expert reports. (*Id*. at 2.) The Parties propose that the *Daubert* motions be limited to five pages per supplemental expert report and due on or before June 17, 2026. (*Id*.) The Parties further propose that oppositions be due on or before July 1, 2026, with no reply or sur-reply briefs. (*Id*.)

Having considered the joint request by the Parties, the Court finds that it should be and hereby is **GRANTED**. It is **ORDERED** that the Parties file any *Daubert* motions in response to the supplemental expert reports according to the length and schedule requirements set forth in the Joint Status Report.

So ORDERED and SIGNED this 10th day of June, 2026.

_____
RODNEY GILSTRAP
UNITED STATES DISTRICT JUDGE