**IN THE UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF TEXAS
MARSHALL DIVISION**

| | |
|---|---|
| CLOUD BYTE LLC,<br><br>           Plaintiff,<br>    v.<br><br>DELL INC. and<br>DELL TECHNOLOGIES INC.,<br><br>           Defendants. | Case No. 2:24-cv-00637-JRG<br><br>JURY TRIAL DEMANDED |

**DEFENDANTS' UNOPPOSED MOTION TO WITHDRAW ATTORNEY OF RECORD
JACLYN S. HELLREICH**

Defendants file this Unopposed Motion to Withdraw Attorney of Record Jaclyn S. Hellreich.  Specifically, Defendants request that the Court permit Jaclyn S. Hellreich to withdraw as counsel of record in this matter and terminate her receipt of electronic notices.  Plaintiff does not oppose this motion. Defendants will remain represented by their other counsel of record.

Dated: July 22, 2026          By:  */s/ Paul Torchia*
                                 Paul E. Torchia
                                 Josh Krevitt
                                 Brian Rosenthal
                                 Laura F. Corbin
                                 Karl W. Kowallis
                                 Eric A. Menist
                                 Erin Kim
                                 Talus Iorio-Ronek
                                 GIBSON, DUNN & CRUTCHER LLP
                                 200 Park Avenue
                                 New York, NY 10166-0193
                                 ptorchia@gibsondunn.com
                                 jkrevitt@gibsondunn.com

brosenthal@gibsondunn.com
lcorbin@gibsondunn.com
kkowallis@gibsondunn.com
emenist@gibsondunn.com
ekim@gibsondunn.com
tiorio-ronek@gibsondunn.com

Nathan Curtis
Audrey Yang
GIBSON, DUNN & CRUTCHER LLP
2001 Ross Avenue, Suite 2100
Dallas, TX 75201
ncurtis@gibsondunn.com
ayang@gibsondunn.com

Neema Jalali
GIBSON, DUNN & CRUTCHER LLP
One Embarcadero Center, Suite 2600,
San Francisco, CA 94111-3715
NJalali@gibsondunn.com

Deron R. Dacus
Texas State Bar No. 00790553
THE DACUS FIRM, PC
821 ESE Loop 323
Suite 430
Tyler, TX 75701
ddacus@dacusfirm.com
(903) 705-1117 (Telephone)
(903) 581-2543 (Facsimile)

*Attorneys for Defendants Dell Inc. and
Dell Technologies Inc.*

2

## CERTIFICATE OF CONFERENCE

On July 22, 2026, counsel for Dell conferred with counsel for Cloud Byte. Cloud Byte indicated that it does not oppose this motion.

/s/ *Paul Torchia*
Paul Torchia