**IN THE UNITED STATES DISTRICT COURT**
**FOR THE EASTERN DISTRICT OF TEXAS**
**MARSHALL DIVISION**

| | |
|---|---|
| CLOUD BYTE LLC,<br><br>Plaintiff,<br><br>v.<br><br>DELL INC., and DELL TECHNOLOGIES INC.<br><br>Defendants. | No. 2:24-cv-00637-JRG |

**PLAINTIFF CLOUD BYTE LLC'S NOTICE OF TRIAL CONFLICT**

This case is set for a pre-trial conference on September 23, 2026. Plaintiff Cloud Byte LLC ("Plaintiff" or "Cloud Byte") expects to be reset for trial the week of October 5, 2026. Cloud Byte now provides this notice of its expert witness's conflict with the October trial setting:

1. Dr. Akemann, Cloud Byte's damages expert for the each of the patents-in-suit, expects to testify in the upcoming trial regarding his damages opinions contained in his expert reports. Dr. Akemann is a "Will Call" live witness.

   a. However, Dr. Akemann is schedule to testify in two ITC trials that will conflict with the October trial setting in this case. Dr. Akemann is scheduled to testify in *In the Matter of Certain Smart Televisions*, USITC Inv. No. 337-TA-1461, set for trial for September 28 through October 2. Dr. Akemann is also scheduled to testify in *In the Matter of Certain Process Slabs and Methods for Making Same*, USITC Inv. No. 337-TA-1482, set for trial for October 7 through October 14.

   b. Cloud Byte will work with counsel in the ITC cases and with Dell's counsel in this case to determine whether accommodations can be made to avoid a conflict between Dr. Akemann's testimony in the two ITC trials and this case. Cloud Byte will promptly notify the Court of the status of those discussions or should Dr. Akemann's availability changes.

Dated: August 20, 2026

Respectfully submitted,

*/s/ Yury Kapgan, with permission Brian Mack*
Yury Kapgan (admitted in EDTX)
yurykapgan@quinnemanuel.com
Ryan Goldstein (admitted in EDTX)
ryangoldstein@quinnemanuel.com
**QUINN EMANUEL URQUHART & SULLIVAN, LLP**
865 S. Figueroa St., 10th Floor
Los Angeles, California 90017
Telephone: (213) 443-3000
Facsimile: (213) 443-3100

Brian Mack (admitted in EDTX)
brianmack@quinnemanuel.com
**QUINN EMANUEL URQUHART & SULLIVAN, LLP**
50 California Street, 22nd Floor
San Francisco, CA 94111
Telephone: (415) 875-6400
Facsimile: (415) 875-6700

*Of Counsel:*
Claire Abernathy Henry
Texas State Bar No. 24053063
Andrea Fair
Texas State Bar No. 24078488
**MILLER FAIR HENRY PLLC**
1507 Bill Owens Parkway
Longview, TX 75604
Telephone: (903) 757-6400
Fax: (903) 757-2323
claire@millerfairhenry.com

*Attorneys for Plaintiff Cloud Byte LLC*

**CERTIFICATE OF SERVICE**

The undersigned hereby certifies that on August 20, 2026, the foregoing document was served via the Court's ECF system on all counsel of record.

*/s/ Brian Mack*
Brian Mack