**IN THE UNITED STATES DISTRICT COURT**
**FOR THE EASTERN DISTRICT OF TEXAS**
**MARSHALL DIVISION**

| | |
|---|---|
| CLOUD BYTE LLC,<br><br>Plaintiff,<br><br>v.<br><br>DELL INC., and DELL TECHNOLOGIES, INC.<br><br>Defendants. | Civil Action No. 2:24-cv-00637-JRG<br><br><br>**JURY TRIAL DEMANDED** |

**CLOUD BYTE'S UNOPPOSED MOTION TO EXCUSE LEAD COUNSEL FROM HEARING**

Plaintiff Cloud Byte LLC ("Cloud Byte") files this Unopposed Motion to Excuse Lead Counsel from the pretrial conference in this matter currently set for September 23, 2026. Cloud Byte requests that Brian Mack be allowed to act as lead counsel with full decision-making authority for Cloud Byte in place of lead counsel Yury Kapgan.

Mr. Kapgan is scheduled to be at trial for *Nektar Therapeutics v. Eli Lilly & Co.*, Case No. 3:23-CV-03943-JD (N.D. Cal.), concurrently with the pretrial conference set in this case. Defendants Dell Inc. and Dell Technologies Inc. ("Dell") do not oppose this motion.

Dated: September 22, 2026

Respectfully submitted,

/s/ *Yury Kapgan with permission Brian Mack*
Yury Kapgan (admitted in EDTX)
yurykapgan@quinnemanuel.com
Ryan Goldstein (admitted in EDTX)
ryangoldstein@quinnemanuel.com

**QUINN EMANUEL URQUHART & SULLIVAN, LLP**
865 S. Figueroa St., 10th Floor
Los Angeles, California 90017
Telephone: (213) 443-3000
Facsimile: (213) 443-3100

Brian Mack (admitted in EDTX)
brianmack@quinnemanuel.com

**QUINN EMANUEL URQUHART & SULLIVAN, LLP**
50 California Street, 22nd Floor
San Francisco, CA 94111
Telephone: (415) 875-6400
Facsimile: (415) 875-6700

*Of Counsel:*
Claire Abernathy Henry
Texas State Bar No. 24053063
Andrea Fair
Texas State Bar No. 24078488
**MILLER FAIR HENRY PLLC**
1507 Bill Owens Parkway
Longview, TX 75604
Telephone: (903) 757-6400
Fax: (903) 757-2323
claire@millerfairhenry.com

*Attorneys for Plaintiff Cloud Byte LLC*

**CERTIFICATE OF CONFERENCE**

The undersigned hereby certifies that on September 22, 2026 counsel for Cloud Byte conferred with counsel for Dell via e-mail. Dell confirmed that it does not oppose this motion.

*/s/ Brian Mack*
Brian Mack