**IN THE UNITED STATES DISTRICT COURT**
**FOR THE EASTERN DISTRICT OF TEXAS**
**MARSHALL DIVISION**

| | | |
|---|---|---|
| CLOUD BYTE LLC | § | |
| | § | |
| v. | § | Civil Action No. 2:24-cv-00637-JRG |
| | § | |
| DELL INC., *et al* | § | |

# MINUTES FOR PRETRIAL CONFERENCE – DAY 3
## HELD BEFORE U. S. DISTRICT JUDGE RODNEY GILSTRAP
**September 23, 2026**

**OPEN: 09:01 AM** **ADJOURN: 03:21 PM**

ATTORNEYS FOR PLAINTIFF: See attached

ATTORNEYS FOR DEFENDANTS: See attached

LAW CLERKS: Christine Akagi
James Cowan

COURT REPORTER: Shawn McRoberts, RMR, CRR

COURTROOM DEPUTY: Andrea Brunson, CP

| TIME | MINUTE ENTRY |
|---|---|
| 09:01 AM | Court reconvened to continue with Day 3 of pretrial conference. |
| 09:02 AM | Court called for announcements from counsel. |
| 09:03 AM | Court provided a review of instructions and housekeeping matters to the parties. Case is currently set for jury selection and trial to begin November 6, 2026. Trial will follow empanelment of jury. Eight jurors will be selected. Peremptory strikes: Four per side. *Voir dire:* 30 minutes per side. Trial time: 11 hours per side. Opening statements: 30 minutes per side. Closing arguments: 40 minutes per side. Court to be notified by 10:00 PM each evening of unresolved disputes/objections. Three-ring binders with disputed information are to be delivered to the Court by 7:00 AM the following morning. The Court will be available in chambers by 7:30 AM every morning to take up any housekeeping matters or late-arriving disputes. Deposition-clip objections and/or disputes are to be taken up by the Court the day before the day such designation is to be used. Deposition clips should be accompanied by closed-captioning. Court encouraged the parties to utilize the meet and confer process during the course of the trial to resolve disputes. It is the Court's intention to bring in the jury every morning at 8:30 AM. Rule 50(a) motions will be heard by the Court after all the evidence is in and Plaintiff rests any rebuttal case. Thereafter, Court will hold an informal charge conference (off the |

| TIME | MINUTE ENTRY |
|---|---|
| | record) followed by formal charge conference (on the record). Court reminded counsel not to refer to individuals by their first names, and to advise their respective witnesses re: same. Court instructed counsel to refer to the Court's Standing Order re: the sealing of the courtroom re: confidential or highly sensitive testimony. Court instructed the parties to follow the instructions from Deputy Clerk in Charge, Mrs. Nicole Cadenhead re: receipt, review and return of the Juror Questionnaires. Twelve juror notebooks to be delivered to Chambers no later than 12:00 PM noon one week before jury selection. Notebooks to contain: (1) Complete copies of each patent-in-suit (single-sided); (2) Claim construction chart (single-sided); (3) Page for each witness with a recent head and shoulder photograph, name and ruled lines for notetaking; (4) Three-hole punch notepad for further notes; and (5) a non-clicking pen. Each witness page should be tabbed for easy navigation. Parties to also provide three-ring binders to the Court containing printed copies of each expert report (single-sided without exhibits). Also, a digital copy to be furnished to the Court. Both printed and digital expert reports to be delivered to the Court by 12:00 PM noon one week before jury selection. |
| 09:12 AM | Court proceeded with hearing argument re: the following disputed dispositive motions: |
| 09:13 AM | Withdrawn:<br>• [SEALED] Defendants' Opposed Motion to Strike Hajime Zembutsu from Plaintiff's Witness List (Dkt. No. 424). |
| 09:13 AM | Without hearing argument, the Court made rulings as set forth in the record re:<br>• [SEALED] Plaintiff's *Daubert* Motion to Exclude Certain Opinions of Dr. Stephen L. Becker (Dkt. No. 195);<br>• [SEALED] Defendants' *Daubert* Motion to Exclude the Opinions of Dr. Tim A. Williams (Dkt. No. 392);<br>• [SEALED] Defendants' *Daubert* Motion to Exclude Certain Opinions of Dr. Michael P. Akemann (Dkt. No. 395);<br>• [SEALED] Plaintiff's Motion to Strike and Motion to Exclude Improper Opinions of Dr. Stephen Becker (Dkt. No. 391);<br>• [SEALED] Cloud Byte's Motion to Exclude Certain Supplemental Opinions of Dell's Technical Expert Dr. Stephen B. Wicker (Dkt. No. 393);<br>• [SEALED] Cloud Byte's Motion to Exclude Certain Supplemental Opinions of Dell's Technical Expert Dr. Tajana Rosing (Dkt. No. 396); and<br>• [SEALED] Defendants' *Daubert* Motion to Exclude Certain Supplemental Opinions of Murali Annavaram, Ph.D. (Dkt. No. 394). |
| 09:16 AM | Court heard argument re:<br>• [SEALED] Defendants' *Corrected* Motion for Partial Summary Judgment of Non-Infringement by Dell with Respect to Dell's Sales of the Accused Products and Dell's Customers' Use of Those Products (Dkt. No. 204). |
| 09:17 AM | Argument presented (in order of appearance):<br>• Mr. Brian Rosenthal (Defendants)<br>• Mr. Brian Mack (Plaintiff) |
| 10:45 AM | Court made rulings as set forth in the record re: Dkt. No. 204. |

| TIME | MINUTE ENTRY |
|---|---|
| 10:47 AM | Court heard argument re:<br>• [SEALED] Defendants' Motion for Summary Judgment of No Liability with Respect to U.S. Patent No. 10,628,273 (Dkt. No. 191). |
| 10:48 AM | Argument presented (in order of appearance):<br>• Mr. Brian Rosenthal (Defendants)<br>• Mr. Brian Mack (Plaintiff) |
| 11:27 AM | Recess. |
| 11:44 AM | Court reconvened. |
| 11:44 AM | Court made rulings as set forth in the record re: Dkt. No. 191. |
| 11:48 AM | Court heard argument re:<br>• [SEALED] Plaintiff's Partial Motion for Summary Judgment on Defendants' Damages-Related Defenses (Dkt. No. 194). |
| 11:48 AM | Argument presented (in order of appearance):<br>• Ms. Deepa Acharya (Plaintiff)<br>• Ms. Laura Corbin (Defendants) |
| 11:50 AM | Off the record. |
| 11:51 AM | On the record. |
| 11:51 AM | Continuation of argument. |
| 12:07 PM | Court made rulings as set forth in the record re: Dkt. No. 194. |
| 12:08 PM | Conclusion of argument re: dispositive motions. |
| 12:09 PM | Court to recess and directed counsel to meet and confer re: disputed MILS. |
| 12:10 PM | Recess. |
| 12:54 PM | Court reconvened. |
| 12:55 PM | Update provided to the Court re: meet and confer efforts re: narrowing of MILS. |
| 12:55 PM | Disputed MILS: |
| 12:56 PM | Court began hearing argument and made rulings as set forth in the record. |
| 01:43 PM | Conclusion of argument re: MIL disputes. |
| 01:43 PM | Court to recess and directed counsel to meet and confer re: narrowing of exhibit disputes. |
| 01:45 PM | Recess. |
| 02:52 PM | Court reconvened. |
| 02:52 PM | Update provided to the Court re: meet and confer efforts re: narrowing of exhibit disputes. |
| 02:52 PM | Court GRANTED the filing of an amended Joint Pretrial Order. |
| 02:53 PM | Pre-admission of exhibits: |
| 02:53 PM | Court began hearing argument re: disputed and unresolved exhibit disputes and made rulings as set forth in the record. |
| 03:20 PM | Conclusion of argument re: exhibit disputes. |
| 03:20 PM | Court directed the parties to meet and confer and file a revised and updated exhibit list within 48 hours. |
| 03:21 PM | Completion of pretrial process. |
| 03:21 PM | Court adjourned. |