**IN THE UNITED STATES DISTRICT COURT**
**FOR THE EASTERN DISTRICT OF TEXAS**
**MARSHALL DIVISION**

| | | |
|---|---|---|
| CLOUD BYTE LLC, | § | |
| | § | |
| *Plaintiff*, | § | |
| | § | |
| v. | § | |
| | § | CIVIL ACTION NO. 2:24-CV-00637-JRG |
| DELL INC. and DELL TECHNOLOGIES, INC., | § | |
| | § | |
| | § | |
| *Defendants*. | § | |

**ORDER**

Before the Court is the Unopposed Motion to Excuse Lead Counsel from Hearing (the "Motion") filed by Plaintiff Cloud Byte LLC. (Dkt. No. 430.) The Motion is **DENIED AS MOOT**.

**So ORDERED and SIGNED this 29th day of September, 2026.**

RODNEY GILSTRAP
UNITED STATES DISTRICT JUDGE