**IN THE UNITED STATES DISTRICT COURT**
**FOR THE EASTERN DISTRICT OF TEXAS**
**MARSHALL DIVISION**

| | |
|---|---|
| CLOUD BYTE LLC,<br><br>Plaintiff,<br><br>v.<br><br>DELL INC., and DELL TECHNOLOGIES, INC.<br><br>Defendants. | Civil Action No. 2:24-cv-00637-JRG<br><br>**JURY TRIAL DEMANDED** |

**CLOUD BYTE'S NOTICE OF FINAL ELECTION OF ASSERTED CLAIMS**

By request of the Court and pursuant to the Court's Eighth Amended Docket Control Order (Dkt. 434), Plaintiff Cloud Byte LLC ("Cloud Byte") hereby provides its Final Election of Asserted Claims.

Cloud Byte alleges that Defendants Dell Inc. and Dell Technologies Inc. ("Dell") have infringed Claims 1 and 13 of U.S. Patent No. 7,739,544; Claim 1 of U.S. Patent No. 9,629,265; and Claim 1 of U.S. Patent No. 9,651,320.

Dated: October 26, 2026

Respectfully submitted,

/s/ *Yury Kapgan with permission Brian Mack*
Yury Kapgan (admitted in EDTX)
yurykapgan@quinnemanuel.com
Ryan Goldstein (admitted in EDTX)
ryangoldstein@quinnemanuel.com

**QUINN EMANUEL URQUHART & SULLIVAN, LLP**
865 S. Figueroa St., 10th Floor
Los Angeles, California 90017
Telephone: (213) 443-3000
Facsimile: (213) 443-3100

Brian Mack (admitted in EDTX)
brianmack@quinnemanuel.com

**QUINN EMANUEL URQUHART & SULLIVAN, LLP**
50 California Street, 22nd Floor
San Francisco, CA 94111
Telephone: (415) 875-6400
Facsimile: (415) 875-6700

*Of Counsel:*
Claire Abernathy Henry
Texas State Bar No. 24053063
Andrea Fair
Texas State Bar No. 24078488
**MILLER FAIR HENRY PLLC**
1507 Bill Owens Parkway
Longview, TX 75604
Telephone: (903) 757-6400
Fax: (903) 757-2323
claire@millerfairhenry.com

*Attorneys for Plaintiff Cloud Byte LLC*

**CERTIFICATE OF SERVICE**

The undersigned hereby certifies that on October 26, 2026 the foregoing document was served via email on all counsel of record.

*/s/ Brian Mack*
Brian Mack